Matthew M. Boley (8536)
George Hofmann (10005)
Andrew W. Houlin (18284)
**COHNE KINGHORN, P.C.**
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111
Telephone:  (801) 363-4300
Facsimile:   (801) 363-4378
E-Mail:  mboley@ck.law; ghofmann@ck.law; ahoulin@ck.law

*Attorneys for* plaintiff CELTIC BANK CORPORATION

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **CELTIC BANK CORPORATION**, a Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>**BLACKVILLE SOLAR II, LLC**, a North Carolina limited liability company, **RICHARDSON SOLAR, LLC**, a North Carolina limited liability company, **DIAMOND SOLAR, LLC**, a South Carolina limited liability company, **EDISON SOLAR, LLC**, a South Carolina limited liability company, and **C2 USB 2018 HOLDINGS, LLC**, a Delaware limited liability company,<br><br>Defendants. | **RETURN OF SERVICE**<br><br>**REGARDING DEFENDANT RICHARDSON SOLAR, LLC**<br><br>**[Summons, First Amended Complaint, Motion to Appoint Receiver with Proposed Order (Exhibit A), and Notice of Evidence in Support of Motion]**<br><br><br><br>2:24-cv-00140-CMR<br><br>Magistrate Judge Cecilia M. Romero |

4874-7064-1073, v. 1

PLEASE TAKE NOTICE that, on March 27, 2024, plaintiff CELTIC BANK CORPORATION (the "**plaintiff**") caused to be served upon defendant Richardson Solar, LLC ("**defendant**") the following pleadings of record in the above-captioned civil action:

1. the Summons issued by the Court directed to defendant;

2. a copy of the *First Amended Complaint* [Docket No. 3];

3. a copy the *Motion for Immediate Appointment of Receiver over Loan Collateral*, filed March 7, 2024 [Docket No. 6] (the "**Motion**") with Exhibit A to the Motion (i.e., the proposed Order appointing a receiver), but without Exhibit B; and

4. a *Notice of Evidence Supporting Motion for Immediate Appointment of Receiver*. [Docket No. 23], which identifies the four declarations and fifty exhibits filed in support of the Motion, and which provides instructions for requesting copies thereof from plaintiff's counsel.

Attached hereto as Exhibit A is a copy of the Affidavit of Service signed by the South Carolina process server, and duly notarized, which confirms service of the above-referenced pleadings upon defendant, the date of service, the location of service, and the identity of the individual that accepted service of the pleadings.

DATED this 4th day of April, 2024.

COHNE KINGHORN, P.C.

/s/  Matthew M. Boley
Matthew M. Boley
George Hofmann
Andrew W. Houlin
*Attorneys for* plaintiff CELTIC BANK

4874-7064-1073, v. 1

# EXHIBIT A

## AFFIDAVIT OF SERVICE

| Case:<br>2:24-cv-00140-HCN-CMR | Court:<br>United States District Court for the District of Utah | County:<br>, UT | Job:<br>10739797 (Richardson Solar ) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Celtic Bank Corporation, a Utah corporation | | Defendant / Respondent:<br>Blackville Solar II, LLC a North Carolina limited liability company, et. al. | |
| Received by:<br>Whitesell Investigative Services Inc | | For:<br>Cohne Kinghorn | |
| To be served upon:<br>Richardson Solar, LLC c/o COGENCY GLOBAL INC., Registered Agent | | Court Date: | |

I, Vincent Robinson, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Richardson Solar, LLC c/o COGENCY GLOBAL INC., c/o Lisa Culler, Registered Agent, 2 Office Park Court Suite 103, Columbia, SC 29223

**Manner of Service:** Business, Mar 27, 2024, 10:19 am EDT

**Documents:** Summons in a Civil Action, First Amended Complaint, Motion for Immediate Appointment of Receiver Over Loan Collateral, Exhibit A, Notice of Evidence Support Motion for Immediate Appointment of Receiver (Received Mar 25, 2024 at 2:37pm EDT)

**Additional Comments:**
1) Successful Attempt: Mar 27, 2024, 10:19 am EDT at 2 Office Park Court Suite 103, Columbia, SC 29223 received by Richardson Solar, LLC c/o COGENCY GLOBAL INC., c/o Lisa Culler, Registered Agent. Age: 50-54; Ethnicity: Caucasian; Gender: Female; Weight: 170-180; Height: 5'7"; Hair: Blond; Eyes: Blue;
Attempted service at the address provided. I made contact with Lisa Culler, Registered Agent, who stated she is authorized to accept documents. She accepted service without incident.

Vincent Robinson    Date 4/3/24

Whitesell Process Service
PO Box 2511
Rock Hill, SC 29732
803-327-6974 Opt. 3

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date 4·3·2024    Commission Expires 06·24·2032

SHATARA C. YOUNG
Notary Public - State of South Carolina
My Commission Expires
06/24/2032