Thomas R. Barton, USB #6827
Scott DuBois, USB #7510
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
Facsimile:  801.536.6111
tbarton@parsonsbehle.com
sdubois@parsonsbehle.com
ecf@parsonsbehle.com

Thomas J. McCormack, admitted pro hac vice
**NORTON ROSE FULBRIGHT**
1302 Avenue of the Americas
New York, NY 10019-6022
Telephone: 212.408.5182
thomas.mccormack@nortonrosefulbright.com

Robin Ball, admitted pro hac vice
**NORTON ROSE FULBRIGHT**
555 South Flower St., #4100
Los Angeles, CA 90071
Telephone: 213.892.9366
robin.ball@nortonrosefulbright.com

*Attorneys for Defendants*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CELTIC BANK CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>BLACKVILLE SOLAR II, LLC, RICHARDSON SOLAR, LLC, DIAMOND SOLAR, LLC, EDISON SOLAR, LLC, and C2 USB 2018 HOLDINGS, LLC,<br><br>Defendants. | **MOTION FOR LEAVE TO FILE OVERLENGTH OPPOSITION TO MOTION FOR IMMEDIATE APPOINTMENT OF RECEIVER**<br><br>Case No. 2:24-cv-00140-HCN-CMR<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Cecilia M. Romero |

4856-0840-7223.v1

Pursuant to DUCivR 7-1(a)(7)(A) Defendants Blackville Solar II, LLC ("**Blackville**"), Richardson Solar, LLC ("**Richardson**"), Diamond Solar, LLC ("**Diamond**"), Edison Solar, LLC ("**Edison**") and C2 USB 2018 Holdings, LLC ("**C2 USB**") (collectively "**Defendants**"), seek leave to file an overlength Opposition to Plaintiff's Motion for Immediate Appointment of Receiver ("**Opposition**").

Plaintiff Celtic Bank Corporation has filed a Motion for Immediate Appointment of Receiver Over Loan Collateral ("**Motion**"). The Motion is not made under Fed. R. Civ. P. 12, 23, 56 or 65. Therefore, pursuant to DUCivR 7-1(a)(4)(D) ten (10) pages are allowed for the Opposition. For the reasons stated below, Defendants seek leave to file an Opposition that is 39 pages long, which exceeds the page limitation by 29 pages.

The additional pages are necessary in order to respond fully to the facts and arguments presented in the Motion, which is 44 pages long. (The Court granted leave to Celtic to file an overlength paper. *See* Dkt. No. 5.) Given the length of Celtic's Motion, it is reasonable to expect Defendants to take, and to allow, additional pages to respond. The Opposition includes many additional relevant facts that the Motion omits, and additional federal authority from the Tenth Circuit and this Court that Celtic did not cite. The facts of this case involve complex financing arrangements, multiple levels of entities, and federal tax credits that are important to understand. Federal receivership law, with multiple applicable principles and factors, governs. In addition, given the nature of the relief sought by Celtic, Defendants have had to spend additional pages addressing the propriety of Celtic's proposed receivership order, the qualifications of its proposed receiver, and the requirement that Celtic post a substantial bond if it is to receive the relief it seeks. The additional pages are necessary to fully apprise the Court of the relevant facts, legal authority, and Defendants' arguments and positions with regard to Celtic's Motion.

4856-0840-7223.v1

For these reasons set forth above, Defendants respectfully ask the Court for leave to exceed the applicable 10-page limitation by no more than 29 pages, and to file their overlength Opposition by entering the proposed order filed concurrently herewith.

DATED April 15, 2024.

/s/ Thomas R. Barton

Thomas R. Barton
Scott DuBois
PARSONS BEHLE & LATIMER

*Attorneys for Defendants*

4856-0840-7223.v1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2024, I caused the foregoing **MOTION FOR LEAVE TO FILE OVERLENGTH OPPOSITION TO MOTION FOR IMMEDIATE APPOINTMENT OF RECEIVER** to be filed with the Court's ECF system which sent immediate notification of the filing to all counsel of record.

/s/ Thomas R. Barton

4856-0840-7223.v1