Thomas R. Barton, USB #6827
Scott DuBois, USB #7510
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
Facsimile:  801.536.6111
tbarton@parsonsbehle.com
sdubois@parsonsbehle.com
ecf@parsonsbehle.com

Thomas J. McCormack, admitted pro hac vice
**NORTON ROSE FULBRIGHT**
1302 Avenue of the Americas
New York, NY 10019-6022
Telephone: 212.408.5182
thomas.mccormack@nortonrosefulbright.com

Robin Ball, admitted pro hac vice
**NORTON ROSE FULBRIGHT**
555 South Flower St., #4100
Los Angeles, CA 90071
Telephone: 213.892.9366
robin.ball@nortonrosefulbright.com

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CELTIC BANK CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> BLACKVILLE SOLAR II, LLC, RICHARDSON SOLAR, LLC, DIAMOND SOLAR, LLC, EDISON SOLAR, LLC, and C2 USB 2018 HOLDINGS, LLC, <br><br> Defendants. | **ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE OVERLENGTH OPPOSITION TO MOTION FOR IMMEDIATE APPOINTMENT OF RECEIVER** <br><br> Case No. 2:24-cv-00140-HCN-CMR <br><br> Judge Howard C. Nielson, Jr. <br><br> Magistrate Judge Cecilia M. Romero |

4857-4314-9239.v1

For the reasons set forth in Defendants' Motion for Leave to File Overlength Opposition to Motion for Immediate Appointment of Receiver, pursuant to DUCivR 7-1(a)(7)(A), and for good cause appearing, it is hereby ordered that the Motion is GRANTED. Defendants may file an Opposition to Motion for Immediate Appointment of Receiver containing no more than 39 pages.

Entered this _____ day of April, 2024.

BY THE COURT:

_____

Honorable Cecilia M. Romero
United States Magistrate Judge

2