

Member FDIC

October ___, 2024

**Michael M Beal ("Receiver"),**
**1301 Gervais Street, Suite 1040**
**Columbia, South Carolina 29201**
**803.728.0803**
**mbeal@bealllc.com**

   **Re:  Nonbinding Term Sheet**
     **Draw Down Line of Credit:**
     **Borrower: Michael M. Beal, Receiver**
       **Appointed in Case No. 2:24-cv-140-HCN-CMR**
       **United States District Court, District of Utah**

This Non-Binding Term Sheet ("Term Sheet") is intended to communicate and memorialize potential terms upon which Celtic Bank Corporation ("Lender") may be willing to provide a draw down line of credit (the "New Loan") to Borrower for the purpose of paying Liquidation Expenses[1] and protective advances approved by Lender.  No legally binding obligation to extend credit or to make loan advances will be created until (a) Borrower has received entry of an Order in D. Utah Case No. 2:24-cv-00140 (the "Receivership Proceeding")  approving and authorizing the line of credit, including a "priming lien" on all assets of the receivership estate, and (b) definitive and binding loan documents, in form and substance acceptable to Lender and Borrower, are executed and delivered by Borrower.

Paragraph 11(e) of the Order Appointing Michael M. Beal as Receiver, entered August 14, 2024 in the Receivership Proceeding [Docket No. 107] (the "Receivership Order"), provides:

> If the Receiver is unable to obtain credit or incur debt on an unsecured basis, or secured by a junior lien, the court, after expedited notice and opportunity for hearing, may authorize the obtaining of credit or the incurring of debt secured by a senior or equal lien on the Loan Collateral.

Subject to the Receivership Order's conditions, Celtic Bank desires to extend a Line of Credit to Receiver under the following terms and conditions (a) to pay administrative expenses of the Receiver and the receivership estate, and (b) subject to Lender's approval to pay specific expenses and agreement to make an advance for such purpose, to pay Liquidation Expenses (including, for the ongoing maintenance and operation of the Receivership Property):

**TERMS AND CONDITIONS**

**Borrower(s):**    **Michael M. Beal, as Receiver**

**Loan Amount:**   **Up to Two Million Dollars ($2,000,000), with advances to be approved by Lender**

**Loan Program:**   **Draw Down Line of Credit**

**Purpose:**    Pay Liquidation Expenses (including administrative expenses of the Receivership Estate, to fund on-going operating expenses, and to pay for maintenance and repairs

**Term/Maturity:**   The earlier of 1 year or upon sale of all 4 solar sites.

**Repayment:**    At time of sale.

---

[1] "Liquidation Expenses" means and refers to "liquidation expenses" as defined in 7 C.F.R. § 4287.158(e).

**Interest Rate /**
**Pricing Consideration:**   All funds at 12%

All interest is quoted on a 365/360 annualized basis

**Origination Fee:**   One and One-Half Percent (1.50%) of the Loan Amount

**Collateral:**   A "Priming Lien" in first lien position on and against all assets of the Receivership Estate, including all "Collateral" as defined in the Receivership Order and/or under the prior Loan Documents (as defined in the Receivership Order)

**Financial Reporting:**   Quarterly internally prepared financial statements within 30 days of each quarter-end

Very truly yours,

_____

[Celtic Bank]