Joseph M.R. Covey (7492) (jcovey@parrbrown.com)
Jeffery A. Balls (12437) (jballs@parrbrown.com)
PARR BROWN GEE & LOVELESS, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah  84111
Telephone:  (801) 532-7840
Facsimile:  (801) 532-7750

*Attorneys for Michael M. Beal, Receiver*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| CELTIC BANK CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BLACKVILLE SOLAR II, LLC; RICHARDSON SOLAR, LLC; DIAMOND SOLAR, LLC; EDISON SOLAR, LLC; and C2 USB 2018 HOLDINGS, LLC,<br><br>Defendants. | RECEIVER'S REPORT FOR THE PERIOD OF JULY 1, 2025 THROUGH SEPTEMBER 30, 2025<br><br>Case No. 2:24-cv-00140-HCN-CMR<br><br>Honorable Howard C. Nielson, Jr.<br>Magistrate Judge Cecilia M. Romero |

Michael M. Beal, the court-appointed receiver in the above captioned proceeding, reports the following for the period July 1, 2025, through September 30, 2025:

Financial reporting (using the cash method of accounting) for the period of July 1, 2025, through September 30, 2025, is provided below:

| Blackville II | | 7/1-7/31 | 8/1-8/31 | 9/1-9/31 |
|---|---|---|---|---|
| **Beginning Cash** | | $390,819.78 | $384,539.51 | $492,372.56 |
| Dominion Receipts | | $154,204.30 | $164,980.65 | $133,428.12 |
| REC Receipts | | $27,770.40 | | |
| Interest | | $388.99 | $503.97 | $688.04 |
| Transfer from Regular Account | | $1,034.34 | | |
| Transfer from Deposit Account | | | $33,713.25 | |
| **Less Expenses** | | | | |
| O+M & AM (Carolina Solar) | | $70,376.60 | $64,553.95 | $24,404.93 |
| Utilities | | $2,524.49 | $2,689.92 | $2,806.28 |
| Taxes | | $3,854.45 | $2,077.24 | $1,385.38 |
| Rent | | $90,000.00 | | |
| Insurance | | | | $7,360.72 |
| Bauknight Pietras & Stormer, P.A. | | $752.24 | | $2,480.62 |
| Father & Son Lawncare | | 22,015.00 | $22,015.00 | |
| Midwest Renewable Energy | | $155.52 | $28.71 | |
| **Ending Cash** | | $384,539.51 | $492,372.56 | $588,050.79 |
| Diamond Solar | | 7/1-7/31 | 8/1-8/31 | 9/1-9/31 |
| **Beginning Cash** | | $1,564.37 | $6,521.97 | $1,885.41 |
| Dominion Receipts | | | | |
| REC Receipts | | $2,880.40 | | |
| Interest | | $2.55 | $2.32 | $1.08 |
| Celtic Loan Proceeds | | $80,000.00 | $70,000.00 | $20,000.00 |
| Transfer from Deposit Account | | | $1.00 | |
| **Less Expenses** | | | | |
| O+M & AM (Carolina Solar) | | $49,114.85 | $48,306.73 | $13,106.99 |
| Utilities | | $878.58 | $1,087.90 | $1,045.64 |
| Taxes | | $1,955.35 | $199.62 | $165.54 |
| Rent | | $16,906.25 | | |
| Insurance | | | | $2,624.84 |
| Bauknight Pietras & Stormer, P.A. | | $268.25 | | $883.75 |
| Father & Son Lawncare | | $8,330.00 | $8,330.00 | |
| Midwest Renewable Energy | | $55.40 | $10.23 | |
| Loan Payment | | $416.67 | | |
| Receiver | | | $16,705.40 | |
| **Ending Cash** | | $6,521.97 | $1,885.41 | $4,059.73 |

| Edison Solar | | 7/1-7/31 | 8/1-8/31 | 9/1-9/31 |
|---|---|---|---|---|
| **Beginnning Cash** | | $131,639.80 | $120,191.82 | $133,764.19 |
| Dominion Receipts | | $26,496.69 | $25,444.22 | $12,699.44 |
| REC Receipts | | $3,108.40 | | |
| Interest | | $118.96 | $148.15 | $166.43 |
| Transfer from Deposit Account | | | $5,651.17 | |
| **Less Expenses** | | | | |
| O+M & AM (Carolina Solar) | | $23,457.49 | $9,789.96 | $16,625.47 |
| Utilities | | $527.94 | $548.46 | $603.31 |
| Taxes | | $807.50 | $372.01 | $136.68 |
| Rent | | $10,012.93 | | |
| Insurance | | | | $1,671.18 |
| Bauknight Pietras & Stormer, P.A. | | $170.79 | | $564.38 |
| Father & Son Lawncare | | $6,160.00 | $6,160.00 | |
| Midwest Renewable Energy | | $35.38 | $6.53 | |
| Business License | | | $794.21 | |
| **Ending Cash** | | $120,191.82 | $133,764.19 | $127,029.04 |
| Richardson Solar | | 7/1-7/31 | 8/1-8/31 | 9/1-9/31 |
| **Beginnning Cash** | | $20,697.47 | $22,542.98 | $9,979.95 |
| Dominion Receipts | | $19,998.81 | $19,220.87 | $21,752.80 |
| REC Receipts | | $3,674.60 | | |
| Interest | | $3.72 | $2.66 | $3.53 |
| Transfer from Regular Account | | $160.95 | | |
| Transfer from Deposit Account | | | $2,766.11 | |
| **Less Expenses** | | | | |
| O+M & AM (Carolina Solar) | | $8,040.72 | $23,736.09 | $6,206.17 |
| Utilities | | $576.64 | $595.48 | $632.02 |
| Taxes | | $494.89 | $237.50 | $203.41 |
| Rent | | $9,042.62 | $135.64 | |
| Insurance | | | | $1,318.26 |
| Also Energy, Inc | | | $6,167.80 | |
| Bauknight Pietras & Stormer, P.A. | | $134.72 | | $446.25 |
| Father & Son Lawncare | | $3,675.00 | $3,675.00 | |
| Midwest Renewable Energy | | $27.98 | $5.16 | |
| **Ending Cash** | | $22,542.98 | $9,979.95 | $22,930.17 |

In addition to the operating accounts, the Receiver holds the following accounts:

| Blackville II MM-2542 | July | August | September |
|---|---|---|---|
| Beginning Cash | $2.13 | $2.13 | $0.00 |
| Transfer to Blackville Operating | | $2.13 | |
| Ending Cash | $2.13 | $0.00 | $0.00 |
| Blackville II MM-2550 | July | August | September |
| Beginning Cash | $33,701.52 | $33,710.97 | $4.29 |
| Interest | $9.45 | $4.29 | |
| Transfer to Blackville Operating | | $33,710.97 | |
| Ending Cash | $33,710.97 | $4.29 | $4.29 |
| Blackville II MM-2607 | July | August | September |
| Balance | $0.15 | $0.15 | $0.00 |
| Transfer to Blackville Operating | | $0.15 | |
| Ending Cash | $0.15 | $0.00 | $0.00 |
| Diamond MM-2544 | July | August | September |
| Balance | $0.71 | $0.71 | $0.00 |
| Transfer to Diamond Operating | | $0.71 | |
| Ending Cash | $0.71 | $0.00 | $0.00 |
| Diamond MM-2551 | July | August | September |
| Balance | $0.29 | $0.29 | $0.00 |
| Transfer to Diamond Operating | | $0.29 | |
| Ending Cash | $0.29 | $0.00 | $0.00 |
| Richardson MM-2546 | July | August | September |
| Balance | $1.41 | $1.41 | $0.00 |
| Transfer to Richardson Operating | | $1.41 | |
| Ending Cash | $1.41 | $0.00 | $0.00 |
| Richardson MM-2552 | July | August | September |
| Beginning Cash | $2,764.47 | $2,764.70 | $0.11 |
| Interest | $0.23 | $0.11 | |
| Transfer to Richardson Operating | | $2,764.70 | |
| Ending Cash | $2,764.70 | $0.11 | $0.11 |
| Edison MM-2553 | July | August | September |
| Beginning Cash | $5,650.68 | $5,651.16 | $0.22 |
| Interest | $0.48 | $0.22 | |
| Transfer to Edison Operating | | $5,651.16 | |
| Ending Cash | $5,651.16 | $0.22 | $0.22 |
| Edison MM-2548 | July | August | September |
| Balance | $0.01 | $0.01 | $0.00 |
| Transfer to Edison Operating | | $0.01 | |
| Ending Cash | $0.01 | $0.00 | $0.00 |

Funds from the accounts were transferred to the Receiver's operating accounts as reflected herein and in the previous charts.

Since his appointment on August 14, 2024, the Receiver has met on a weekly basis with the O&M provider and Asset Manager regarding maintenance, repairs, and other relevant issues. The Receiver has also had weekly meetings with Celtic Bank.

The Receiver engaged an accounting firm to assist him in preparing accounting information for tax filings, and to provide other accounting and tax advice. Each site has filed its annual returns for its Manufacturing Property taxes and Sales and Use taxes. The Estimated Power Tax Returns have been filed for all four solar sites through September 2025.

The Receiver has actively maintained ongoing communication with both Celtic Bank and prospective purchasers of the solar sites. This engagement has included regular updates, discussions regarding the status, and coordination efforts aimed at facilitating a potential transaction. The Receiver has ensured that all relevant parties are informed of key developments, addressed any inquiries or concerns raised by prospective purchasers, and worked collaboratively with Celtic to support the process.

The Receiver has performed numerous administrative functions such as coordinating billing with CSS and Dominion and filing reports and applications with regulatory and taxing authorities. The Receiver has ensured that all billing and administrative tasks remain current, consistently reviewing and paying invoices in a timely manner and maintaining regular communication with service providers to support the efficient operation of the receivership.

The Receiver has secured property insurance coverage for all four solar sites at a substantially lower price. Additionally, the Receiver has remitted both the down payment and

the first installment toward the premium.  The Receiver has paid all of the Diamond, Edison, and Richardson quarterly lease payments and Blackville's semi-annual rent payments.

The Receiver has continued to monitor and manage the Power Purchase Agreement (PPA).  The Receiver has met with Dominion and requested a forbearance of all performance defaults.  Dominion has accepted the request.  The Receiver is negotiating with Dominion regarding the performance bond which lapsed prior to the Receiver's appointment.

The Receiver obtained a Certificate of Good Standing for all four solar sites during the reporting period to confirm that the entities are active and in compliance.  Vegetation management (mowing and spraying) has been done by Father and Son Lawncare.  The Receiver has inspected the sites, and all sites are secure, and the grounds are well maintained.

DATED:  October 21, 2025.

/s/ Michael M. Beal
Michael M. Beal, Receiver
1301 Gervais Street, Suite 1040
Columbia, SC  29201
mbeal@bealllc.com
Office:  803-722-7888
Cell:  803-422-4006