## EXHIBIT A

**Leases**

1. Ground Lease Agreement dated as of August 28, 2015, by and between Rothschild Home Place Farm, LLC (the "Landlord") and Sustainable Energy Solutions, LLC (the "Original Tenant"), as assigned by Original Tenant to Blackville Solar II, LLC, ("Blackville") pursuant to that certain Assignment and Assumption of Ground Lease Agreement dated as of December 16, 2016, as amended by that certain First Amendment to Ground Lease Agreement dated as of August 28, 2017 by and between the Landlord and Blackville, as further amended by that certain Second Amendment to Ground Lease dated as of May 7, 2018, by and between the Landlord and Blackville, as further amended by that certain Third Amendment to Ground Lease Agreement dated as of November 11, 2018, by and between the Landlord and Blackville and as may be further amended, restated, amended and restated or modified from time to time.

2. Amended and Restated Solar Energy System Ground Lease and Easement Agreement dated as of July 26, 2017, by and between Richarson Lands Inc. (the "Landlord") and Richardson Solar, LLC ("Richardson") and as may be further amended, restated, amended and restated or modified from time to time.

3. Amended and Restated Ground Lease Agreement and Easement Agreement dated as of January 16, 2017, by and between LEK Investments, LLC and KTP LLC (collectively, the "Landlord") and Diamond Solar, LLC ("Diamond"), as amended by that certain First Amendment to Amended and Restated Ground Lease dated as of December 15, 2017, by and between the Landlord and Diamond and as may be further amended, restated, amended and restated or modified from time to time.

4. Amended and Restated Lease Agreement dated April 3, 2017, by and between Jeannette R. Price (the "Landlord") and Edison Solar, LLC ("Edison"), as amended by that certain Amendment to Amended and Restated Lease Agreement dated as of November 12, 2018, by and between the Landlord and Edison and as may be further amended, restated, amended and restated or modified from time to time.