Joseph M.R. Covey (7492) (jcovey@parrbrown.com)
Jeffery A. Balls (12437) (jballs@parrbrown.com)
PARR BROWN GEE & LOVELESS, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750

*Attorneys for Michael M. Beal, Receiver*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| CELTIC BANK CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BLACKVILLE SOLAR II, LLC; RICHARDSON SOLAR, LLC; DIAMOND SOLAR, LLC; EDISON SOLAR, LLC; and C2 USB 2018 HOLDINGS, LLC,<br><br>Defendants. | ORDER APPROVING RECEIVER'S MOTION TO APPROVE THE SALE OF SUBSTANTIALLY ALL ASSETS AND ASSIGN LEASES PURSUANT TO 28 U.S.C. §§ 2001 AND 2002<br><br>Case No. 2:24-cv-00140-HCN-CMR<br><br>Honorable Howard C. Nielson, Jr.<br>Magistrate Judge Cecilia M. Romero |

Before the Court is *Receiver's Motion to Approve the Sale of Substantially All Assets and Assign Leases Pursuant to 28 U.S.C. §§ 2001 and 2002* (the "Motion") filed by Michael M. Beal, the Court-Appointed Receiver (the "Receiver") in the above-captioned case, related to the sale of certain assets of the Receivership Estate (the "Property"), after public auction:

    a.  Any and all personal property, whether tangible or intangible, owned by the

        defendants, including without limitation:

        i.  all contracts and contract rights;

    ii. all equipment, machinery, and fixtures;

    iii. all licenses and permits;

    iv. all trademarks, tradenames, logos, and other materials used by defendants;

    v.  all of defendants' books, records, and data; and

    vi. the entire business of the defendants.

b.  All right, title and interest of the defendants in the real property leases described on Exhibit A attached to the Motion (collectively, the "Leases"); and

c.  All right, title and interest of the defendants in the real property, fixtures, equipment and personal property located upon or appurtenant to the real property described in the Leases.

Through the Motion, and the Supplement to the Motion (the "Supplement"), the Receiver is seeking authorization to sell the Property at public sale to the highest and best offeror, free and clear of all interests and to assign the Leases.

The Court has reviewed the Motion and together with the exhibits attached thereto, all other papers filed related thereto, and applicable law.  Based thereon and for good cause appearing,

IT IS HEREBY ORDERED that:

1.  The Motion is GRANTED;

2.  Sufficient notice of the auction and sale was given to all interested parties;

3.  The sale of the Property free and clear of interests and the assignment of the Leases, as set forth in the Motion, to the proposed buyer shown in the Supplement is APPROVED.

DATED this _____ day of _____, 2025.

BY THE COURT:


_____
Honorable Cecilia M. Romero
United States Magistrate Judge