Joseph M.R. Covey (7492) (jcovey@parrbrown.com)
Jeffery A. Balls (12437) (jballs@parrbrown.com)
PARR BROWN GEE & LOVELESS, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750

*Attorneys for Michael M. Beal, Receiver*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| CELTIC BANK CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BLACKVILLE SOLAR II, LLC; RICHARDSON SOLAR, LLC; DIAMOND SOLAR, LLC; EDISON SOLAR, LLC; and C2 USB 2018 HOLDINGS, LLC,<br><br>Defendants. | NOTICE OF PUBLICATION RE: PUBLIC SALE OF SUBSTANTIALLY ALL ASSETS AND ASSIGN LEASES<br><br>Case No. 2:24-cv-00140-HCN-CMR<br><br>Honorable Howard C. Nielson, Jr.<br>Magistrate Judge Cecilia M. Romero |

Pursuant to the Order Granting Receiver's Motion for Service of Notice of Public Sale by Publication Pursuant to 28 U.S.C. §§ 2001 and 2002,[1] the Receiver caused the approved Notice of Public Sale to be published on October 26, 2025, November 2, 2025, November 9, 2025, and November 16, 2025, in the following newspapers which are regularly published and generally circulated in Barnwell and Lexington Counties, South Carolina:

a) The Post and Courier,

---

[1] Docket No. 155, filed November 19, 2025.

b) The State; and

c) The Augusta Chronicle.

Copies of the Affidavits of Publication from these newspapers are attached hereto as Exhibit A.

The Receiver further served the Notice of Public Sale by email on October 24, 2025, on forty-six entities which the Receiver identified as potential purchasers. Twenty of these entities have signed Non-Disclosure Agreements with the Receiver.  Additionally, the Receiver served the Notice of Public Sale on eight additional potential purchasers by mailing a copy of same by U.S. postage prepaid on October 28, 2025.  The Receiver is not disclosing the identity of these potential purchasers to maintain either an express or implied confidentiality agreement.  If the Court requests the names and addresses the Receiver will disclose them under seal unless otherwise entered by the Court.

DATED this 20th day of November, 2025.

PARR BROWN GEE & LOVELESS

/s/ Jeffery A. Balls
Joseph M.R. Covey
Jeffery A. Balls
*Attorneys for Receiver*

2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing NOTICE OF PUBLICATION RE: PUBLIC SALE OF SUBSTANTIALLY ALL ASSETS AND ASSIGN LEASES was electronically filed with the Clerk of the Court through the CM/ECF system on November 20, 2025, which sent notice of the electronic filing to all counsel of record.

/s/ *Wendy V. Tuckett*