

**LOCALiQ**

The Augusta Chronicle
Athens Banner-Herald
Savannah Morning News

PO Box 631697 Cincinnati, OH 45263-1697

## AFFIDAVIT OF PUBLICATION

Beal, LLC
1301 Gervais St
Columbia SC 29201

STATE OF GEORGIA, COUNTY OF RICHMOND

The Augusta Chronicle, a newspaper that is generally circulated in
the county of Richmond and in the area adjacent thereto, State of
Georgia, printed and published and personal knowledge of the
facts herein state and that the notice hereto annexed was
Published in said newspapers in the issues dated on:

AUG Augusta Chronicle    10/26/2025, 11/02/2025, 11/09/2025,
                         11/16/2025
AUG                      10/26/2025
augustachronicle.com

and that the fees charged are legal.
Sworn to and subscribed before on 11/16/2025

Legal Clerk

Notary, State of WI, County of Brown

My commission expires

| | |
|---|---|
| Publication Cost: | $605.00 |
| Tax Amount: | $0.00 |
| Payment Cost: | $605.00 |
| Order No: | 11778384 |
| Customer No: | 1550764 |
| PO #: | LGSC0394792 |

# of Copies:
0

THIS IS NOT AN INVOICE!

*Please do not use this form for payment remittance.*

KAITLYN FELTY
Notary Public
State of Wisconsin

Kate Barbee  BEAL LLC
1301 GERVAIS ST SUITE 1040 PO 11277 (29211)
COLUMBIA  SC  29201

# AFFIDAVIT OF PUBLICATION

# The Post and Courier

State of South Carolina

County of Charleston

Personally appeared before me the undersigned advertising clerk of the above indicated newspaper published in the city of Charleston, county and state aforesaid, who, being duly sworn, says that the advertisement of appeared in the issues of said newspaper Post and Courier on the following day(s):
10/26/25

OCT 2 7 2025

Subscribed and sworn to before me this:

27th day of October, 2025

Advertising Clerk

NOTARY PUBLIC, SC
My commission expires

*JENNIFER NAPIER — MY COMM. EXP. NOTARY PUBLIC — 11/07/2032 — SOUTH CAROLINA*

---

NOTICE OF PUBLIC SALE

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH CENTRAL DIVISION

CELTIC BANK CORPORATION,
Plaintiff,
v.
BACKVILLE SOLAR II, LLC; RICHARDSON SOLAR, LLC; DIAMOND SOLAR, LLC; EDISON SOLAR, LLC; and C2 USB 2018 HOLDINGS, LLC,
Defendants.
Case No. 2:24-cv-00140-HCN-CMR
Honorable Howard C. Nielson, Jr.
Magistrate Judge Cecilia M. Romero

NOTICE IS HEREBY GIVEN that Michael M. Beal, the court-appointed Receiver (the "Receiver") for Blackville Solar II, LLC ("Blackville"), Richardson Solar, LLC ("Richardson"), Diamond Solar, LLC ("Diamond"), and Edison Solar, LLC ("Edison," and together with Blackville, Richardson, and Diamond, the "Defendants") in the above-captioned matter is selling substantially all of the Defendants' assets at public auction to the highest bidder payable in lawful money of the United States. A list of the assets being sold, as well as the assets excluded from the sale, is attached hereto as Exhibits A and B.

The sale will be held Monday, November 24, 2025 at 11:00 AM eastern at the Barnwell County Courthouse, 141 Main Street, Barnwell, South Carolina 29812 or as may be continued from time-to-time by the Receiver.

The highest bidder must pay five percent (5%) of its bid in collected funds (the "Bid Deposit") to the Receiver within 24 hours of the close of the auction and must close its purchase of the property within seven (7) days of the approval of the sale by the United States District Court for the District of Utah (the "Court"). Upon approval of the sale by the Court, the Bid Deposit shall be non-refundable. In the event that the winning bidder does not pay the Bid Deposit within 24 hours of the close of the auction, then the Receiver shall select the second-highest bidder as the winning bidder and that bidder shall pay the Bid Deposit within 24 hours of being notified of their selection as the winning bidder. The property sold at auction will be sold free and clear of all interests, "as is, where is," and with no representations or warranties, pursuant to the Court's order approving the sale.

To obtain further information regarding the assets being sold and the public auction, please contact Michael M. Beal, Beal, LLC, 1301 Gervais Street, Suite 1040, Columbia, SC 29201, mbeal@bealLLC.com, 803-722-7888.

EXHIBIT A
Assets Being Sold
1. Any and all personal property, whether tangible or intangible, owned by BLACKVILLE SOLAR II, LLC, a North Carolina limited liability company ("Blackville Solar"), RICHARDSON SOLAR, LLC, a North Carolina limited liability company ("Richardson Solar"), DIAMOND SOLAR, LLC, a South Carolina limited liability company ("Diamond Solar"), and EDISON SOLAR, LLC, a South Carolina limited liability company ("Edison Solar") (the foregoing, collectively, "Defendants"), including without limitation –
a. all contracts and contract rights;
b. all equipment, machinery, and fixtures;
c. all licenses and permits;
d. all trademarks, tradenames, logos, and other materials used by Defendants;
e. all of Defendants' books, records, and data;
f. the entire businesses of the Defendants;
2. All right, title and interest of the Defendants in the real property leases described on Exhibit B hereto (collectively, the "Pledged Leases"); and
3. All right, title and interest of the Defendants in the real property, fixtures, equipment and personal property located upon or appurtenant to the real property described in the Pledged Leases.

Excluded Assets
The following assets are assets owned by the Defendants and under the control of the Receiver, but are not being sold pursuant to the public sale:
1. All cash, funds, and deposit accounts;
2. All accounts, payment intangibles, receivables, and rights to payment;
3. All rights under policies of insurance and;
4. All claims, counterclaims, and causes of action against Regions Bank and its affiliates, Bakare 777, LLC, Adejare Bakare and related defendants.

EXHIBIT B
Pledged Leases
1. Ground Lease Agreement dated as of August 28, 2015, by and

between Rothschild Home Place Farm, LLC (the "Landlord") and Sustainable Energy Solutions, LLC (the "Original Tenant"), as assigned by Original Tenant to Blackville Solar II, LLC, ("Blackville") pursuant to that certain Assignment and Assumption of Ground Lease Agreement dated as of December 16, 2016, as amended by that certain First Amendment to Ground Lease Agreement dated as of August 28, 2017 by and between the Landlord and Blackville, as further amended by that certain Second Amendment to Ground Lease dated as of May 7, 2018, by and between the Landlord and Blackville, as further amended by that certain Third Amendment to Ground Lease Agreement dated as of November 11, 2018, by and between the Landlord and Blackville and as may be further amended, restated, amended and restated or modified from time to time.

2. Amended and Restated Solar Energy System Ground Lease and Easement Agreement dated as of July 26, 2017, by and between Richarson Lands Inc. (the "Landlord") and Richardson Solar, LLC ("Richardson") and as may be further amended, restated, amended and restated or modified from time to time.

3. Amended and Restated Ground Lease Agreement and Easement Agreement dated as of January 16, 2017, by and between LEK Investments, LLC and KTP LLC (collectively, the "Landlord") and Diamond Solar, LLC ("Diamond"), as amended by that certain First Amendment to Amended and Restated Ground Lease dated as of December 15, 2017, by and between the Landlord and Diamond and as may be further amended, restated, amended and restated or modified from time to time.

4. Amended and Restated Lease Agreement dated April 3, 2017, by and between Jeannette R. Price (the "Landlord") and Edison Solar, LLC ("Edison"), as amended by that certain Amendment to Amended and Restated Lease Agreement dated as of November 12, 2018, by and between the Landlord and Edison and as may be further amended, restated, amended and restated or modified from time to time.

AD # 2102407

Page 2

Kate Barbee  BEAL LLC
1301 GERVAIS ST SUITE 1040 PO 11277 (29211)
COLUMBIA  SC  29201

# AFFIDAVIT OF PUBLICATION

# The Post and Courier

State of South Carolina

County of Charleston

Personally appeared before me the undersigned advertising clerk of the above indicated newspaper published in the city of Charleston, county and state aforesaid, who, being duly sworn, says that the advertisement of appeared in the issues of said newspaper Post and Courier on the following day(s): 11/02/25

NOV 0 3 2025

Subscribed and sworn to before me this:

3rd day of November, 2025

Advertising Clerk

NOTARY PUBLIC, SC
My commission expires

JENNIFER NAPIER
MY COMM. EXP.
NOTARY PUBLIC
11/07/2032
SOUTH CAROLINA

NOTICE OF PUBLIC SALE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH CENTRAL DIVISION CELTIC BANK CORPORATION, Plaintiff,

v.

BLACKVILLE SOLAR II, LLC; RICHARDSON SOLAR, LLC; DIAMOND SOLAR, LLC; EDISON SOLAR, LLC; and C2 USB 2018 HOLDINGS, LLC, Defendants.

Case No. 2:24-cv-00140-HCN-CMR

Honorable Howard C. Nielson, Jr. Magistrate Judge Cecilia M. Romero

NOTICE IS HEREBY GIVEN that Michael M. Beal, the court-appointed Receiver (the "Receiver") for Blackville Solar II, LLC ("Blackville"), Richardson Solar, LLC ("Richardson"), Diamond Solar, LLC ("Diamond"), and Edison Solar, LLC ("Edison," and together with Blackville, Richardson, and Diamond, the "Defendants") in the above-captioned matter is selling substantially all of the Defendants' assets at public auction to the highest bidder payable in lawful money of the United States. A list of the assets being sold, as well as the assets excluded from the sale, is attached hereto as Exhibits A and B. The sale will be held Monday, November 24, 2025 at 11:00 AM eastern at the Barnwell County Courthouse, 141 Main Street, Barnwell, South Carolina 29812 or as may be continued from time-to-time by the Receiver. The highest bidder must pay five percent (5%) of its bid in collected funds (the "Bid Deposit") to the Receiver within 24 hours of the close of the auction and must close its purchase of the property within seven (7) days of the approval of the sale by the United States District Court for the District of Utah (the "Court"). Upon approval of the sale by the Court, the Bid Deposit shall be non-refundable. In the event that the winning bidder does not pay the Bid Deposit within 24 hours of the close of the auction, then the Receiver shall select the second-highest bidder as the winning bidder and that bidder shall pay the Bid Deposit within 24 hours of being notified of their selection as the winning bidder. The property sold at auction will be sold free and clear of all interests, "as is, where is," and with no representations or warranties, pursuant to the Court's order approving the sale. To obtain further information regarding the assets being sold and the public auction, please contact Michael M. Beal, Beal, LLC, 1301 Gervais Street, Suite 1040, Columbia, SC 29201, mbeal@bealLLC.com, 803-722-7888.

EXHIBIT A
Assets Being Sold
1. Any and all personal property, whether tangible or intangible, owned by BLACKVILLE SOLAR II, LLC, a North Carolina limited liability company ("Blackville Solar"), RICHARDSON SOLAR, LLC, a North Carolina limited liability company ("Richardson Solar"), DIAMOND SOLAR, LLC, a South Carolina limited liability company ("Diamond Solar"), and EDISON SOLAR, LLC, a South Carolina limited liability company ("Edison Solar") (the foregoing, collectively, "Defendants"), including without limitation –
a. all contracts and contract rights;
b. all equipment, machinery, and fixtures;
c. all licenses and permits;
d. all trademarks, trade-names, logos, and other materials used by Defendants;
e. all of Defendants' books, records, and data;
f. the entire businesses of the Defendants;
2. All right, title and interest of the Defendants in the real property leases described on Exhibit B hereto (collectively, the "Pledged Leases"); and
3. All right, title and interest of the Defendants in the real property, fixtures, equipment and personal property located upon or appurtenant to the real property described in the Pledged Leases.
Excluded Assets
The following assets are assets owned by the Defendants and under the control of the Receiver, but are not being sold pursuant to the public sale:
1. All cash, funds, and deposit accounts;
2. All accounts, payment intangibles, receivables, and rights to payment;
3. All rights under policies of insurance and;
4. All claims, counter-claims, and causes of action against Regions Bank and its affiliates, Bakare 777, LLC, Adeiare Bakare and related defendants.

EXHIBIT B
Pledged Leases
1. Ground Lease Agreement dated as of August 28, 2015, by and

between Rothschild Home Place Farm, LLC (the "Landlord") and Sustainable Energy Solutions, LLC (the "Original Tenant"), as assigned by Original Tenant to Blackville Solar II, LLC, ("Blackville") pursuant to that certain Assignment and Assumption of Ground Lease Agreement dated as of December 16, 2016, as amended by that certain First Amendment to Ground Lease Agreement dated as of August 28, 2017 by and between the Landlord and Blackville, as further amended by that certain Second Amendment to Ground Lease dated as of May 7, 2018, by and between the Landlord and Blackville, as further amended by that certain Third Amendment to Ground Lease Agreement dated as of November 11, 2018, by and between the Landlord and Blackville and as may be further amended, restated, amended and restated or modified from time to time.

2. Amended and Restated Solar Energy System Ground Lease and Easement Agreement dated as of July 26, 2017, by and between Richarson Lands Inc. (the "Landlord") and Richardson Solar, LLC ("Richardson") and as may be further amended, restated, amended and restated or modified from time to time.

3. Amended and Restated Ground Lease Agreement and Easement Agreement dated as of January 16, 2017, by and between LEK Investments, LLC and KTP LLC (collectively, the "Landlord") and Diamond Solar, LLC ("Diamond"), as amended by that certain First Amendment to Amended and Restated Ground Lease dated as of December 15, 2017, by and between the Landlord and Diamond and as may be further amended, restated, amended and restated or modified from time to time.

4. Amended and Restated Lease Agreement dated April 3, 2017, by and between Jeannette R. Price (the "Landlord") and Edison Solar, LLC ("Edison"), as amended by that certain Amendment to Amended and Restated Lease Agreement dated as of November 12, 2018, by and between the Landlord and Edison and as may be further amended, restated, amended and restated or modified from time to time.

AD # 2102857

Kate  Barbee   BEAL LLC
    1301 GERVAIS ST SUITE 1040 PO 11277 (29211)
    COLUMBIA   SC   29201

# AFFIDAVIT OF PUBLICATION

# The Post and Courier

State of South Carolina

County of Charleston

Personally appeared before me the undersigned advertising clerk of the above indicated newspaper published in the city of Charleston, county and state aforesaid, who, being duly sworn, says that the advertisement of appeared in the issues of said newspaper Post and Courier on the following day(s): 11/09/25

### NOV 1 0 2025

Subscribed and sworn to before me this:

10th day of November, 2025

Advertising Clerk

NOTARY PUBLIC, SC
My commission expires

*(Notary seal: JENNIFER NAPIER, MY COMM. EXP., NOTARY PUBLIC, 11/07/2032, SOUTH CAROLINA)*

---

NOTICE OF PUBLIC SALE
IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH CENTRAL DIVISION
CELTIC BANK CORPORATION, Plaintiff,
v.
BLACKVILLE SOLAR II, LLC; RICHARDSON SOLAR, LLC; DIAMOND SOLAR, LLC; EDISON SOLAR, LLC; and C2 USB 2018 HOLDINGS, LLC, Defendants.
Case No. 2:24-cv-00140-HCN-CMR
Honorable Howard C. Nielson, Jr.
Magistrate Judge Cecilia M. Romero

NOTICE IS HEREBY GIVEN that Michael M. Beal, the court-appointed Receiver (the "Receiver") for Blackville Solar II, LLC ("Blackville"), Richardson Solar, LLC ("Richardson"), Diamond Solar, LLC ("Diamond"), and Edison Solar, LLC ("Edison," and together with Blackville, Richardson, and Diamond, the "Defendants") in the above-captioned matter is selling substantially all of the Defendants' assets at public auction to the highest bidder payable in lawful money of the United States. A list of the assets being sold, as well as the assets excluded from the sale, is attached hereto as Exhibits A and B.
The sale will be held Monday, November 24, 2025 at 11:00 AM eastern at the Barnwell County Courthouse, 141 Main Street, Barnwell, South Carolina 29812 or as may be continued from time-to-time by the Receiver.
The highest bidder must pay five percent (5%) of its bid in collected funds (the "Bid Deposit") to the Receiver within 24 hours of the close of the auction and must close its purchase of the property within seven (7) days of the approval of the sale by the United States District Court for the District of Utah (the "Court"). Upon approval of the sale by the Court, the Bid Deposit shall be non-refundable. In the event that the winning bidder does not pay the Bid Deposit within 24 hours of the close of the auction, then the Receiver shall select the second-highest bidder as the winning bidder and that bidder shall pay the Bid Deposit within 24 hours of being notified of their selection as the winning bidder. The property sold at auction will be sold free and clear of all interests, "as is, where is," and with no representations or warranties, pursuant to the Court's order approving the sale.
To obtain further information regarding the assets being sold and the public auction, please contact Michael M. Beal, Beal, LLC, 1301 Gervais Street, Suite 1040, Columbia, SC 29201, mbeal@bealLLC.com, 803-722-7888.

EXHIBIT A
Assets Being Sold
1. Any and all personal property, whether tangible or intangible, owned by BLACKVILLE SOLAR II, LLC, a North Carolina limited liability company ("Blackville Solar"), RICHARDSON SOLAR, LLC, a North Carolina limited liability company ("Richardson Solar"), DIAMOND SOLAR, LLC, a South Carolina limited liability company ("Diamond Solar"), and EDISON SOLAR, LLC, a South Carolina limited liability company ("Edison Solar") (the foregoing, collectively, "Defendants"), including without limitation –
a. all contracts and contract rights;
b. all equipment, machinery, and fixtures;
c. all licenses and permits;
d. all trademarks, trade-names, logos, and other materials used by Defendants;
e. all of Defendants' books, records, and data;
f. the entire businesses of the Defendants;
2. All right, title and interest of the Defendants in the real property leases described on Exhibit B hereto (collectively, the "Pledged Leases"); and
3. All right, title and interest of the Defendants in the real property, fixtures, equipment and personal property located upon or appurtenant to the real property described in the Pledged Leases.
Excluded Assets
The following assets are assets owned by the Defendants and under the control of the Receiver, but are not being sold pursuant to the public sale:
1. All cash, funds, and deposit accounts;
2. All accounts, payment intangibles, receivables, and rights to payment;
3. All rights under policies of insurance and;
4. All claims, counter-claims, and causes of action against Regions Bank and its affiliates, Bakare 777, LLC, Adejare Bakare and related defendants.

EXHIBIT B
Pledged Leases
1. Ground Lease Agreement dated as of August 28, 2015, by and

between Rothschild Home Place Farm, LLC (the "Landlord") and Sustainable Energy Solutions, LLC (the "Original Tenant"), as assigned by Original Tenant to Blackville Solar II, LLC, ("Blackville") pursuant to that certain Assignment and Assumption of Ground Lease Agreement dated as of December 16, 2016, as amended by that certain First Amendment to Ground Lease Agreement dated as of August 28, 2017 by and between the Landlord and Blackville, as further amended by that certain Second Amendment to Ground Lease dated as of May 7, 2018, by and between the Landlord and Blackville, as further amended by that certain Third Amendment to Ground Lease Agreement dated as of November 11, 2018, by and between the Landlord and Blackville and as may be further amended, restated, amended and restated or modified from time to time.

2. Amended and Restated Solar Energy System Ground Lease and Easement Agreement dated as of July 26, 2017, by and between Richarson Lands Inc. (the "Landlord") and Richardson Solar, LLC ("Richardson") and as may be further amended, restated, amended and restated or modified from time to time.

3. Amended and Restated Ground Lease Agreement and Easement Agreement dated as of January 16, 2017, by and between LEK Investments, LLC and KTP LLC (collectively, the "Landlord") and Diamond Solar, LLC ("Diamond"), as amended by that certain First Amendment to Amended and Restated Ground Lease dated as of December 15, 2017, by and between the Landlord and Diamond and as may be further amended, restated, amended and restated or modified from time to time.

4. Amended and Restated Lease Agreement dated April 3, 2017, by and between Jeannette R. Price (the "Landlord") and Edison Solar, LLC ("Edison"), as amended by that certain Amendment to Amended and Restated Lease Agreement dated as of November 12, 2018, by and between the Landlord and Edison and as may be further amended, restated, amended and restated or modified from time to time.
AD # 2103318

Kate Barbee  BEAL LLC
1301 GERVAIS ST SUITE 1040 PO 11277 (29211)
COLUMBIA   SC   29201

# AFFIDAVIT OF PUBLICATION

# The Post and Courier

State of South Carolina

County of Charleston

Personally appeared before me the undersigned advertising clerk of the above indicated newspaper published in the city of Charleston, county and state aforesaid, who, being duly sworn, says that the advertisement of appeared in the issues of said newspaper Post and Courier on the following day(s): 11/16/25

NOV 1 7 2025

Subscribed and sworn to before me this:

17th day of November, 2025

Advertising Clerk

NOTARY PUBLIC, SC
My commission expires

NOTICE OF PUBLIC SALE
IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH CENTRAL DIVISION
CELTIC BANK CORPORATION,
Plaintiff,
v.
BLACKVILLE SOLAR II, LLC; RICHARDSON SOLAR, LLC; DIAMOND SOLAR, LLC; EDISON SOLAR, LLC; and C2 USB 2018 HOLDINGS, LLC,
Defendants.
Case No. 2:24-cv-00140-HCN-CMR
Honorable Howard C. Nielson, Jr. Magistrate Judge Cecilia M. Romero
NOTICE IS HEREBY GIVEN that Michael M. Beal, the court-appointed Receiver (the "Receiver") for Blackville Solar II, LLC ("Blackville"), Richardson Solar, LLC ("Richardson"), Diamond Solar, LLC ("Diamond"), and Edison Solar, LLC ("Edison," and together with Blackville, Richardson, and Diamond, the "Defendants") in the above-captioned matter is selling substantially all of the Defendants' assets at public auction to the highest bidder payable in lawful money of the United States. A list of the assets being sold, as well as the assets excluded from the sale, is attached hereto as Exhibits A and B.
The sale will be held Monday, November 24, 2025 at 11:00 AM eastern at the Barnwell County Courthouse, 141 Main Street, Barnwell, South Carolina 29812 or as may be continued from time-to-time by the Receiver.
The highest bidder must pay five percent (5%) of its bid in collected funds (the "Bid Deposit") to the Receiver within 24 hours of the close of the auction and must close its purchase of the property within seven (7) days of the approval of the sale by the United States District Court for the District of Utah (the "Court"). Upon approval of the sale by the Court, the Bid Deposit shall be non-refundable. In the event that the winning bidder does not pay the Bid Deposit within 24 hours of the close of the auction, then the Receiver shall select the second-highest bidder as the winning bidder and that bidder shall pay the Bid Deposit within 24 hours of being notified of their selection as the winning bidder. The property sold at auction will be sold free and clear of all interests, "as is, where is," and with no representations or warranties, pursuant to the Court's order approving

the sale.
To obtain further information regarding the assets being sold and the public auction, please contact Michael M. Beal, Beal, LLC, 1301 Gervais Street, Suite 1040, Columbia, SC 29201, mbeal@bealLLC.com, 803-722-7888.

EXHIBIT A
Assets Being Sold
1. Any and all personal property, whether tangible or intangible, owned by BLACKVILLE SOLAR II, LLC, a North Carolina limited liability company ("Blackville Solar"), RICHARDSON SOLAR, LLC, a North Carolina limited liability company ("Richardson Solar"), DIAMOND SOLAR, LLC, a South Carolina limited liability company ("Diamond Solar"), and EDISON SOLAR, LLC, a South Carolina limited liability company ("Edison Solar") (the foregoing, collectively, "Defendants"), including without limitation –
a. all contracts and contract rights;
b. all equipment, machinery, and fixtures;
c. all licenses and permits;
d. all trademarks, tradenames, logos, and other materials used by Defendants;
e. all of Defendants' books, records, and data;
f. the entire businesses of the Defendants;
2. All right, title and interest of the Defendants in the real property leases described on Exhibit B hereto (collectively, the "Pledged Leases"); and
3. All right, title and interest of the Defendants in the real property, fixtures, equipment and personal property located upon or appurtenant to the real property described in the Pledged Leases.

Excluded Assets
The following assets are assets owned by the Defendants and under the control of the Receiver, but are not being sold pursuant to the public sale:
1. All cash, funds, and deposit accounts;
2. All accounts, payment intangibles, receivables, and rights to payment;
3. All rights under policies of insurance and;
4. All claims, counter-claims, and causes of action against Regions Bank and its affiliates, Bakare 777, LLC, Adejare Bakare and related defendants.

EXHIBIT B
Pledged Leases
1. Ground Lease Agreement dated as of August 28, 2015, by and

between Rothschild Home Place Farm, LLC (the "Landlord") and Sustainable Energy Solutions, LLC (the "Original Tenant"), as assigned by Original Tenant to Blackville Solar II, LLC, ("Blackville") pursuant to that certain Assignment and Assumption of Ground Lease Agreement dated as of December 16, 2016, as amended by that certain First Amendment to Ground Lease Agreement dated as of August 28, 2017 by and between the Landlord and Blackville, as further amended by that certain Second Amendment to Ground Lease dated as of May 7, 2018, by and between the Landlord and Blackville, as further amended by that certain Third Amendment to Ground Lease Agreement dated as of November 11, 2018, by and between the Landlord and Blackville and as may be further amended, restated, amended and restated or modified from time to time.

2. Amended and Restated Solar Energy System Ground Lease and Easement Agreement dated as of July 26, 2017, by and between Richarson Lands Inc. (the "Landlord") and Richardson Solar, LLC ("Richardson") and as may be further amended, restated, amended and restated or modified from time to time.

3. Amended and Restated Ground Lease Agreement and Easement Agreement dated as of January 16, 2017, by and between LEK Investments, LLC and KTP LLC (collectively, the "Landlord") and Diamond Solar, LLC ("Diamond"), as amended by that certain First Amendment to Amended and Restated Ground Lease dated as of December 15, 2017, by and between the Landlord and Diamond and as may be further amended, restated, amended and restated or modified from time to time.

4. Amended and Restated Lease Agreement dated April 3, 2017, by and between Jeannette R. Price (the "Landlord") and Edison Solar, LLC ("Edison"), as amended by that certain Amendment to Amended and Restated Lease Agreement dated as of November 12, 2018, by and between the Landlord and Edison and as may be further amended, restated, amended and restated or modified from time to time.

AD # 2103672

Page 2

# McClatchy

The Beaufort Gazette
The Belleville News-Democrat
Bellingham Herald
Centre Daily Times
Sun Herald
Idaho Statesman
Bradenton Herald
The Charlotte Observer
The State
Ledger-Enquirer

Durham | The Herald-Sun
Fort Worth Star-Telegram
The Fresno Bee
The Island Packet
The Kansas City Star
Lexington Herald-Leader
The Telegraph - Macon
Merced Sun-Star
Miami Herald
El Nuevo Herald

The Modesto Bee
The Sun News - Myrtle Beach
Raleigh News & Observer
Rock Hill | The Herald
The Sacramento Bee
San Luis Obispo Tribune
Tacoma | The News Tribune
Tri-City Herald
The Wichita Eagle
The Olympian

## AFFIDAVIT OF PUBLICATION

| Account # | Order Number | Identification | Order PO | Cols | Depth |
|---|---|---|---|---|---|
| | IPL0284772 | Legal Ad - IPL0284772 | | 2.0 | 210.0L |

ATTENTION: Kayla Roof
1301 Gervais Street
Columbia, SC 29201
kroof@bealllc.com

State of South Carolina

County of Richland

I, the undersigned, makes oath that the advertisment, was published in The State, a newspaper published in the City of Columbia, State and County aforesaid, in the issue(s) of

1.0 insertion(s) published on:
10/26/25 Print

### Notice of Public Sale

NOTICE OF PUBIC SALE
IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION
CELTIC BANK CORPORATION,
Plaintiff,
v.
BLACKVILLE SOLAR II, LLC; RICHARDSON SOLAR, LLC; DIAMOND SOLAR, LLC; EDISON SOLAR, LLC; and C2 USB 2018 HOLDINGS, LLC,
Defendants
Case No. 2:24-cv-00140-HCN-CMR
Honorable Howard C. Nielson, Jr.
Magistrate Judge Cecilia M. Romero

NOTICE IS HEREBY GIVEN that Michael M. Beal, the court-appointed Receiver (the "Receiver") for Blackville Solar II, LLC ("Blackville"), Richardson Solar, LLC ("Richardson"), Diamond Solar, LLC ("Diamond"), and Edison Solar, LLC ("Edison," and together with Blackville, Richardson, and Diamond, the "Defendants") in the above-captioned matter is selling substantially all of the Defendants' assets at public auction to the highest bidder payable in lawful money of the United States. A list of the assets being sold, as well as the assets excluded from the sale, is attached hereto as Exhibits A and B.

The sale will be held Monday, November 24, 2025 at 11:00 AM eastern at the Barnwell County Courthouse, 141 Main Street, Barnwell, South Carolina 29812 or as may be continued from time-to-time by the Receiver.

The highest bidder must pay five percent (5%) of its bid in collected funds (the "Bid Deposit") to the Receiver within 24 hours of the close of the auction and must close its purchase of the property within seven (7) days of the approval of the sale by the United States District Court for the District of Utah (the "Court"). Upon approval of the sale by the Court, the Bid Deposit shall be non-refundable. In the event that the winning bidder does not pay the Bid Deposit within 24 hours of the close of the auction, then the Receiver shall select the second-highest bidder as the winning bidder and that bidder shall pay the Bid Deposit within 24 hours of being notified of their selection as the winning bidder. The property sold at auction will be sold free and clear of all interests, "as is, where is," and with no representations or warranties, pursuant to the Court's order approving the sale.

To obtain further information regarding the assets being sold and the public auction, please contact Michael M. Beal, Beal, LLC, 1301 Gervais Street, Suite 1040, Columbia, SC 29201, mbeal@bealLLC.com, 803-722-7888.

EXHIBIT A
Assets Being Sold
Any and all personal property, whether tangible or intangible, owned by BLACKVILLE SOLAR II, LLC, a North Carolina limited liability company ("Blackville Solar"), RICHARDSON SOLAR, LLC, a North Carolina limited liability company ("Richardson Solar"), DIAMOND SOLAR, LLC, a South Carolina limited liability company ("Diamond Solar"), and EDISON SOLAR, LLC, a South Carolina limited liability company ("Edison Solar") (the foregoing, collectively, "Defendants"), including without limitation –
a. all contracts and contract rights;
b. all equipment, machinery, and fixtures;
c. all licenses and permits;
d. all trademarks, tradenames, logos, and other materials used by Defendants;
e. all of Defendants' books, records, and data;
f. the entire businesses of the Defendants;

1. All right, title and interest of the Defendants in the real property leases described on Exhibit B hereto (collectively, the "Pledged Leases"); and
2. All right, title and interest of the Defendants in the real property, fixtures, equipment and personal property located upon or appurtenant to the real property described in the Pledged Leases.
Excluded Assets
The following assets are assets owned by the Defendants and under the control of the Receiver, but are not being sold pursuant to the public sale:
1. All cash, funds, and deposit accounts;
2. All accounts, payment intangibles, receivables, and rights to payment;
3. All rights under policies of insurance and;
4. All claims, counterclaims, and causes of action against Regions Bank and its affiliates, Bakare 777, LLC, Adejare Bakare and related defendants.

EXHIBIT B
Pledged Leases

1. Ground Lease Agreement dated as of August 28, 2015, by and between Rothschild Home Place Farm, LLC (the "Landlord") and Sustainable Energy Solutions, LLC (the "Original Tenant"), as assigned by Original Tenant to Blackville Solar II, LLC, ("Blackville") pursuant to that certain Assignment and Assumption of Ground Lease Agreement dated as of December 16, 2016, as amended by that certain First Amendment to Ground Lease Agreement dated as of August 28, 2017 by and between the Landlord and Blackville, as further amended by that certain Second Amendment to Ground Lease dated as of May 7, 2018, by and between the Landlord and Blackville, as further amended by that certain Third Amendment to Ground Lease Agreement dated as of November 11, 2018, by and between the Landlord and Blackville and as may be further amended, restated, amended and restated or modified from time to time.

2. Amended and Restated Solar Energy System Ground Lease and Easement Agreement dated as of July 26, 2017, by and between Richarson Lands Inc. (the "Landlord") and Richardson Solar, LLC ("Richardson") and as may be further amended, restated, amended and restated or modified from time to time.

3. Amended and Restated Ground Lease Agreement and Easement Agreement dated as of January 16, 2017, by and between LEK Investments, LLC and KTP LLC (collectively, the "Landlord") and Diamond Solar, LLC ("Diamond"), as amended by that certain First Amendment to Amended and Restated Ground Lease dated as of December 15, 2017, by and between the Landlord and Diamond and as may be further amended, restated, amended and restated or modified from time to time.

4. Amended and Restated Lease Agreement dated April 3, 2017, by and between Jeannette R. Price (the "Landlord") and Edison Solar, LLC ("Edison"), as amended by that certain Amendment to Amended and Restated Lease Agreement dated as of November 12, 2018, by and between the Landlord and Edison and as may be further amended, restated, amended and restated or modified from time to time.
IPL0284772
Oct 26 2025

Print Tearsheet Link

Marketplace Link

*Julie Ambry*

Julie Ambry



*Russ Cage Davis*

Russ Cage Davis



Sworn to and subscribed before me on

Oct 27, 2025, 10:38 AM EDT

Online Notary Public. This notarial act involves the use of online audio/video communication technology. Notarization facilitated by SIGNi

**Notice of Public Sale**

NOTICE OF PUBLIC SALE
IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION
CELTIC BANK CORPORATION,
Plaintiff,

v.
BLACKVILLE SOLAR II, LLC; RICHARDSON SOLAR, LLC; DIAMOND SOLAR, LLC; EDISON SOLAR, LLC; and C2 USB 2018 HOLDINGS, LLC,
Defendants.
Case No. 2:24-cv-00140-HCN-CMR
Honorable Howard C. Nielson, Jr.
Magistrate Judge Cecilia M. Romero

NOTICE IS HEREBY GIVEN that Michael M. Beal, the court-appointed Receiver (the "Receiver") for Blackville Solar II, LLC ("Blackville"), Richardson Solar, LLC ("Richardson"), Diamond Solar, LLC ("Diamond"), and Edison Solar, LLC ("Edison," and together with Blackville, Richardson, and Diamond, the "Defendants") in the above-captioned matter is selling substantially all of the Defendants' assets at public auction to the highest bidder payable in lawful money of the United States. A list of the assets being sold, as well as the assets excluded from the sale, is attached hereto as Exhibits A and B.

The sale will be held Monday, November 24, 2025 at 11:00 AM eastern at the Barnwell County Courthouse, 141 Main Street, Barnwell, South Carolina 29812 or as may be continued from time-to-time by the Receiver.

The highest bidder must pay five percent (5%) of its bid in collected funds (the "Bid Deposit") to the Receiver within 24 hours of the close of the auction and must close its purchase of the property within seven (7) days of the approval of the sale by the United States District Court for the District of Utah (the "Court"). Upon approval of the sale by the Court, the Bid Deposit shall be non-refundable. In the event that the winning bidder does not pay the Bid Deposit within 24 hours of the close of the auction, then the Receiver shall select the second-highest bidder as the winning bidder and that bidder shall pay the Bid Deposit within 24 hours of being notified of their selection as the winning bidder. The property sold at auction will be sold free and clear of all interests, "as is, where is," and with no representations or warranties, pursuant to the Court's order approving the sale.

To obtain further information regarding the assets being sold and the public auction, please contact Michael M. Beal, Beal, LLC, 1301 Gervais Street, Suite 1040, Columbia, SC 29201, mbeal@bealLLC.com, 803-722-7888.

EXHIBIT A
Assets Being Sold
Any and all personal property, whether tangible or intangible, owned by BLACKVILLE SOLAR II, LLC, a North Carolina limited liability company ("Blackville Solar"), RICHARDSON SOLAR, LLC, a North Carolina limited liability company ("Richardson Solar"), DIAMOND SOLAR, LLC, a South Carolina limited liability company ("Diamond Solar"), and EDISON SOLAR, LLC, a South Carolina limited liability company ("Edison Solar") (the foregoing, collectively, "Defendants"), including without limitation –
a. all contracts and contract rights;
b. all equipment, machinery, and fixtures;
c. all licenses and permits;
d. all trademarks, tradenames, logos, and other materials used by Defendants;
e. all of Defendants' books, records, and data;
f. the entire businesses of the Defendants;

1. All right, title and interest of the Defendants in the real property leases described on Exhibit B hereto (collectively, the "Pledged Leases"); and
2. All right, title and interest of the Defendants in the real property, fixtures, equipment and personal property located upon or appurtenant to the real property described in the Pledged Leases.
Excluded Assets
The following assets are assets owned by the Defendants and under the control of the Receiver, but are not being sold pursuant to the public sale:
1. All cash, funds, and deposit accounts;
2. All accounts, payment intangibles, receivables, and rights to payment;
3. All rights under policies of insurance and;
4. All claims, counterclaims, and causes of action against Regions Bank and its affiliates, Bakare 777, LLC, Adejare Bakare and related defendants.

EXHIBIT B
Pledged Leases

1. Ground Lease Agreement dated as of August 28, 2015, by and between Rothschild Home Place Farm, LLC (the "Landlord") and Sustainable Energy Solutions, LLC (the "Original Tenant"), as assigned by Original Tenant to Blackville Solar II, LLC, ("Blackville") pursuant to that certain Assignment and Assumption of Ground Lease Agreement dated as of December 16, 2016, as amended by that certain First Amendment to Ground Lease Agreement dated as of August 28, 2017 by and between the Landlord and Blackville, as further amended by that certain Second Amendment to Ground Lease dated as of May 7, 2018, by and between the Landlord and Blackville, as further amended by that certain Third Amendment to Ground Lease Agreement dated as of November 11, 2018, by and between the Landlord and Blackville and as may be further amended, restated, amended and restated or modified from time to time.

2. Amended and Restated Solar Energy System Ground Lease and Easement Agreement dated as of July 26, 2017, by and between Richarson Lands Inc. (the "Landlord") and Richardson Solar, LLC ("Richardson") and as may be further amended, restated, amended and restated or modified from time to time.

3. Amended and Restated Ground Lease Agreement and Easement Agreement dated as of January 16, 2017, by and between LEK Investments, LLC and KTP LLC (collectively, the "Landlord") and Diamond Solar, LLC ("Diamond"), as amended by that certain First Amendment to Amended and Restated Ground Lease dated as of December 15, 2017, by and between the Landlord and Diamond and as may be further amended, restated, amended and restated or modified from time to time.

4. Amended and Restated Lease Agreement dated April 3, 2017, by and between Jeannette R. Price (the "Landlord") and Edison Solar, LLC ("Edison"), as amended by that certain Amendment to Amended and Restated Lease Agreement dated as of November 12, 2018, by and between the Landlord and Edison and as may be further amended, restated, amended and restated or modified from time to time.
IPL0284772
Oct 26 2025

# McClatchy

The Beaufort Gazette
The Belleville News-Democrat
Bellingham Herald
Centre Daily Times
Sun Herald
Idaho Statesman
Bradenton Herald
The Charlotte Observer
The State
Ledger-Enquirer

Durham | The Herald-Sun
Fort Worth Star-Telegram
The Fresno Bee
The Island Packet
The Kansas City Star
Lexington Herald-Leader
The Telegraph - Macon
Merced Sun-Star
Miami Herald
El Nuevo Herald

The Modesto Bee
The Sun News - Myrtle Beach
Raleigh News & Observer
Rock Hill | The Herald
The Sacramento Bee
San Luis Obispo Tribune
Tacoma | The News Tribune
Tri-City Herald
The Wichita Eagle
The Olympian

## AFFIDAVIT OF PUBLICATION

| Account # | Order Number | Identification | Order PO | Cols | Depth |
|---|---|---|---|---|---|
|  | IPL0286914 | Legal Ad - IPL0286914 |  | 2.0 | 212.0L |

ATTENTION: Kayla Roof
1301 Gervais Street
Columbia, SC 29201
kroof@bealllc.com

State of South Carolina

County of Richland

I, the undersigned, makes oath that the advertisment, was published in The State, a newspaper published in the City of Columbia, State and County aforesaid, in the issue(s) of

1.0 insertion(s) published on:
11/02/25 Print

**Notice of Public Sale**

NOTICE OF PUBLIC SALE
IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION
CELTIC BANK CORPORATION,
Plaintiff,
v.
BLACKVILLE SOLAR II, LLC; RICHARDSON SOLAR, LLC; DIAMOND SOLAR, LLC; EDISON SOLAR, LLC; and C2 USB 2018 HOLDINGS, LLC,
Defendants.
Case No. 2:24-cv-00140-HCN-CMR
Honorable Howard C. Nielson, Jr.
Magistrate Judge Cecilia M. Romero

NOTICE IS HEREBY GIVEN that Michael M. Beal, the court-appointed Receiver (the "Receiver") for Blackville Solar II, LLC ("Blackville"), Richardson Solar, LLC ("Richardson"), Diamond Solar, LLC ("Diamond"), and Edison Solar, LLC ("Edison," and together with Blackville, Richardson, and Diamond, the "Defendants") in the above-captioned matter is selling substantially all of the Defendants' assets at public auction to the highest bidder payable in lawful money of the United States. A list of the assets being sold, as well as the assets excluded from the sale, is attached hereto as Exhibits A and B.

The sale will be held Monday, November 24, 2025 at 11:00 AM eastern at the Barnwell County Courthouse, 141 Main Street, Barnwell, South Carolina 29812 or as may be continued from time-to-time by the Receiver.

The highest bidder must pay five percent (5%) of its bid in collected funds (the "Bid Deposit") to the Receiver within 24 hours of the close of the auction and must close its purchase of the property within seven (7) days of the approval of the sale by the United States District Court for the District of Utah (the "Court"). Upon approval of the sale by the Court, the Bid Deposit shall be non-refundable. In the event that the winning bidder does not pay the Bid Deposit within 24 hours of the close of the auction, then the Receiver shall select the second-highest bidder as the winning bidder and that bidder shall pay the Bid Deposit within 24 hours of being notified of their selection as the winning bidder. The property sold at auction will be sold free and clear of all interests, "as is, where is," and with no representations or warranties, pursuant to the Court's order approving the sale.

To obtain further information regarding the assets being sold and the public auction, please contact Michael M. Beal, Beal, LLC, 1301 Gervais Street, Suite 1040, Columbia, SC 29201, mbeal@bealLLC.com, 803-722-7888.

EXHIBIT A
Assets Being Sold
Any and all personal property, whether tangible or intangible, owned by BLACKVILLE SOLAR II, LLC, a North Carolina limited liability company ("Blackville Solar"), RICHARDSON SOLAR, LLC, a North Carolina limited liability company ("Richardson Solar"), DIAMOND SOLAR, LLC, a South Carolina limited liability company ("Diamond Solar"), and EDISON SOLAR, LLC, a South Carolina limited liability company ("Edison Solar") (the foregoing, collectively, "Defendants"), including without limitation –
a. all contracts and contract rights;
b. all equipment, machinery, and fixtures;
c. all licenses and permits;
d. all trademarks, tradenames, logos, and other materials used by Defendants;
e. all of Defendants' books, records, and data;
f. the entire businesses of the Defendants;

2. All right, title and interest of the Defendants in the real property leases described on Exhibit B hereto (collectively, the "Pledged Leases"); and
3. All right, title and interest of the Defendants in the real property, fixtures, equipment and personal property located upon or appurtenant to the real property described in the Pledged Leases.

Excluded Assets
The following assets are assets owned by the Defendants and under the control of the Receiver, but are not being sold pursuant to the public sale:
1. All cash, funds, and deposit accounts;
2. All accounts, payment intangibles, receivables, and rights to payment;
3. All rights under policies of insurance and;
4. All claims, counterclaims, and causes of action against Regions Bank and its affiliates, Bakare 777, LLC, Adejare Bakare and related defendants.

EXHIBIT B
Pledged Leases

1. Ground Lease Agreement dated as of August 28, 2015, by and between Rothschild Home Place Farm, LLC (the "Landlord") and Sustainable Energy Solutions, LLC (the "Original Tenant"), as assigned by Original Tenant to Blackville Solar II, LLC, ("Blackville") pursuant to that certain Assignment and Assumption of Ground Lease Agreement dated as of December 16, 2016, as amended by that certain First Amendment to Ground Lease Agreement dated as of August 28, 2017 by and between the Landlord and Blackville, as further amended by that certain Second Amendment to Ground Lease dated as of May 7, 2018, by and between the Landlord and Blackville, as further amended by that certain Third Amendment to Ground Lease Agreement dated as of November 11, 2018, by and between the Landlord and Blackville and as may be further amended, restated, amended and restated or modified from time to time.

2. Amended and Restated Solar Energy System Ground Lease and Easement Agreement dated as of July 26, 2017, by and between Richarson Lands Inc. (the "Landlord") and Richardson Solar, LLC ("Richardson") and as may be further amended, restated, amended and restated or modified from time to time.

3. Amended and Restated Ground Lease Agreement and Easement Agreement dated as of January 16, 2017, by and between LEK Investments, LLC and KTP LLC (collectively, the "Landlord") and Diamond Solar, LLC ("Diamond"), as amended by that certain First Amendment to Amended and Restated Ground Lease dated as of December 15, 2017, by and between the Landlord and Diamond and as may be further amended, restated, amended and restated or modified from time to time.

4. Amended and Restated Lease Agreement dated April 3, 2017, by and between Jeannette R. Price (the "Landlord") and Edison Solar, LLC ("Edison"), as amended by that certain Amendment to Amended and Restated Lease Agreement dated as of November 12, 2018, by and between the Landlord and Edison and as may be further amended, restated, amended and restated or modified from time to time.
IPL0286914
Nov 2 2025

Print Tearsheet Link

Marketplace Link

*Sherry Chasteen*

Sherry Chasteen



*Julie A Ambry*

Julie A Ambry



Sworn to and subscribed before me on

Nov 3, 2025, 9:53 AM EST

OFFICIAL SEAL
JULIE A AMBRY
NOTARY PUBLIC, STATE OF ILLINOIS
COMMISSION NO 1010591
MY COMMISSION EXPIRES MAY 28 2029

Online Notary Public. This notarial act involved the use of online audio/video communication technology. Notarization facilitated by SIGNiX®

**Notice of Public Sale**

NOTICE OF PUBLIC SALE
IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION
CELTIC BANK CORPORATION,
Plaintiff,

v.

BLACKVILLE SOLAR II, LLC; RICHARDSON SOLAR, LLC; DIAMOND SOLAR, LLC; EDISON SOLAR, LLC; and C2 USB 2018 HOLDINGS, LLC,
Defendants.
Case No. 2:24-cv-00140-HCN-CMR
Honorable Howard C. Nielson, Jr.
Magistrate Judge Cecilia M. Romero

NOTICE IS HEREBY GIVEN that Michael M. Beal, the court-appointed Receiver (the "Receiver") for Blackville Solar II, LLC ("Blackville"), Richardson Solar, LLC ("Richardson"), Diamond Solar, LLC ("Diamond"), and Edison Solar, LLC ("Edison," and together with Blackville, Richardson, and Diamond, the "Defendants") in the above-captioned matter is selling substantially all of the Defendants' assets at public auction to the highest bidder payable in lawful money of the United States. A list of the assets being sold, as well as the assets excluded from the sale, is attached hereto as Exhibits A and B.

The sale will be held Monday, November 24, 2025 at 11:00 AM eastern at the Barnwell County Courthouse, 141 Main Street, Barnwell, South Carolina 29812 or as may be continued from time-to-time by the Receiver.

The highest bidder must pay five percent (5%) of its bid in collected funds (the "Bid Deposit") to the Receiver within 24 hours of the close of the auction and must close its purchase of the property within seven (7) days of the approval of the sale by the United States District Court for the District of Utah (the "Court"). Upon approval of the sale by the Court, the Bid Deposit shall be non-refundable. In the event that the winning bidder does not pay the Bid Deposit within 24 hours of the close of the auction, then the Receiver shall select the second-highest bidder as the winning bidder and that bidder shall pay the Bid Deposit within 24 hours of being notified of their selection as the winning bidder. The property sold at auction will be sold free and clear of all interests, "as is, where is," and with no representations or warranties, pursuant to the Court's order approving the sale.

To obtain further information regarding the assets being sold and the public auction, please contact Michael M. Beal, Beal, LLC, 1301 Gervais Street, Suite 1040, Columbia, SC 29201, mbeal@bealLLC.com, 803-722-7888.

EXHIBIT A
Assets Being Sold
Any and all personal property, whether tangible or intangible, owned by BLACKVILLE SOLAR II, LLC, a North Carolina limited liability company ("Blackville Solar"), RICHARDSON SOLAR, LLC, a North Carolina limited liability company ("Richardson Solar"), DIAMOND SOLAR, LLC, a South Carolina limited liability company ("Diamond Solar"), and EDISON SOLAR, LLC, a South Carolina limited liability company ("Edison Solar") (the foregoing, collectively, "Defendants), including without limitation –
a. all contracts and contract rights;
b. all equipment, machinery, and fixtures;
c. all licenses and permits;
d. all trademarks, tradenames, logos, and other materials used by Defendants;
e. all of Defendants' books, records, and data;
f. the entire businesses of the Defendants;

2. All right, title and interest of the Defendants in the real property leases described on Exhibit B hereto (collectively, the "Pledged Leases"); and
3. All right, title and interest of the Defendants in the real property, fixtures, equipment and personal property located upon or appurtenant to the real property described in the Pledged Leases.

Excluded Assets
The following assets are assets owned by the Defendants and under the control of the Receiver, but are not being sold pursuant to the public sale:
1. All cash, funds, and deposit accounts;
2. All accounts, payment intangibles, receivables, and rights to payment;
3. All rights under policies of insurance and;
4. All claims, counterclaims, and causes of action against Regions Bank and its affiliates, Bakare 777, LLC, Adejare Bakare and related defendants.

EXHIBIT B
Pledged Leases

1.   Ground Lease Agreement dated as of August 28, 2015, by and between Rothschild Home Place Farm, LLC (the "Landlord") and Sustainable Energy Solutions, LLC (the "Original Tenant"), as assigned by Original Tenant to Blackville Solar II, LLC, ("Blackville") pursuant to that certain Assignment and Assumption of Ground Lease Agreement dated as of December 16, 2016, as amended by that certain First Amendment to Ground Lease Agreement dated as of August 28, 2017 by and between the Landlord and Blackville, as further amended by that certain Second Amendment to Ground Lease dated as of May 7, 2018, by and between the Landlord and Blackville, as further amended by that certain Third Amendment to Ground Lease Agreement dated as of November 11, 2018, by and between the Landlord and Blackville and as may be further amended, restated, amended and restated or modified from time to time.

2.   Amended and Restated Solar Energy System Ground Lease and Easement Agreement dated as of July 26, 2017, by and between Richarson Lands Inc. (the "Landlord") and Richardson Solar, LLC ("Richardson") and as may be further amended, restated, amended and restated or modified from time to time.

3.   Amended and Restated Ground Lease Agreement and Easement Agreement dated as of January 16, 2017, by and between LEK Investments, LLC and KTP LLC (collectively, the "Landlord") and Diamond Solar, LLC ("Diamond"), as amended by that certain First Amendment to Amended and Restated Ground Lease dated as of December 15, 2017, by and between the Landlord and Diamond and as may be further amended, restated, amended and restated or modified from time to time.

4.   Amended and Restated Lease Agreement dated April 3, 2017, by and between Jeannette R. Price (the "Landlord") and Edison Solar, LLC ("Edison"), as amended by that certain Amendment to Amended and Restated Lease Agreement dated as of November 12, 2018, by and between the Landlord and Edison and as may be further amended, restated, amended and restated or modified from time to time.
IPL0286914
Nov 2 2025

# McClatchy

Bellingham Herald
Centre Daily Times
Sun Herald
Idaho Statesman
Bradenton Herald
The Charlotte Observer
The State
Ledger-Enquirer

The Fresno Bee
The Island Packet
The Kansas City Star
Lexington Herald-Leader
The Telegraph - Macon
Merced Sun-Star
Miami Herald
El Nuevo Herald

The Sun News - Myrtle Beach
Raleigh News & Observer
Rock Hill | The Herald
The Sacramento Bee
San Luis Obispo Tribune
Tacoma | The News Tribune
Tri-City Herald
The Wichita Eagle
The Olympian

## AFFIDAVIT OF PUBLICATION

| Account # | Order Number | Identification | Order PO | Cols | Depth |
|---|---|---|---|---|---|
| | IPL0289058 | Legal Ad - IPL0289058 | | 2.0 | 144.0L |

TTENTION: Kayla Roof
301 Gervais Street
olumbia, SC 29201
roof@bealllc.com

State of South Carolina

County of Richland

I, the undersigned, makes oath that the advertisment, was published in The State, a newspaper published in the City of Columbia, State and County aforesaid, in the issue(s) of

1.0 insertion(s) published on:
11/09/25 Print

---

**Notice of Public Sale**

OTICE OF PUBLIC SALE
I THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAHCENTRAL DIVISION
ELTIC BANK CORPORATION,
aintiff,

LACKVILLE SOLAR II, LLC; RICHARDSON SOLAR, LLC; DIAMOND SOLAR, LLC; EDISON OLAR, LLC; and C2 USB 2018 HOLDINGS, LLC,
efendants.
ase No. 2:24-cv-00140-HCN-CMR
onorable Howard C. Nielson, Jr.
agistrate Judge Cecilia M. Romero

OTICE IS HEREBY GIVEN that Michael M. Beal, the court-appointed Receiver (the "Receiv-'') for Blackville Solar II, LLC ("Blackville"), Richardson Solar, LLC ("Richardson"), Diamond olar, LLC ("Diamond"), and Edison Solar, LLC ("Edison," and together with Blackville, Rich-'dson, and Diamond, the "Defendants") in the above-captioned matter is selling substantially l of the Defendants' assets at public auction to the highest bidder payable in lawful money of e United States. A list of the assets being sold, as well as the assets excluded from the sale, attached hereto as Exhibits A and B.

ne sale will be held Monday, November 24, 2025 at 11:00 AM eastern at the Barnwell County ourthouse, 141 Main Street, Barnwell, South Carolina 29812 or as may be continued from ne-to-time by the Receiver.

ne highest bidder must pay five percent (5%) of its bid in collected funds (the "Bid Deposit") the Receiver within 24 hours of the close of the auction and must close its purchase of the 'operty within seven (7) days of the approval of the sale by the United States District Court for e District of Utah (the "Court"). Upon approval of the sale by the Court, the Bid Deposit shall e non-refundable. In the event that the winning bidder does not pay the Bid Deposit within 24 ours of the close of the auction, then the Receiver shall select the second-highest bidder as e winning bidder and that bidder shall pay the Bid Deposit within 24 hours of being notified their selection as the winning bidder. The property sold at auction will be sold free and clear all interests, "as is, where is," and with no representations or warranties, pursuant to the ourt's order approving the sale.

) obtain further information regarding the assets being sold and the public auction, please ontact Michael M. Beal, Beal, LLC, 1301 Gervais Street, Suite 1040, Columbia, SC 29201, beal@bealLLC.com, 803-722-7888.

XHIBIT A
ssets Being Sold
ny and all personal property, whether tangible or intangible, owned by BLACKVILLE SOLAR LLC, a North Carolina limited liability company ("Blackville Solar"), RICHARDSON SOLAR, _C, a North Carolina limited liability company ("Richardson Solar"), DIAMOND SOLAR, LLC, a outh Carolina limited liability company ("Diamond Solar"), and EDISON SOLAR, LLC, a South arolina limited liability company ("Edison Solar") (the foregoing, collectively, "Defendants"), cluding without limitation –
all contracts and contract rights;
all equipment, machinery, and fixtures;
all licenses and permits;
all trademarks, tradenames, logos, and other materials used by Defendants;
all of Defendants' books, records, and data;
the entire businesses of the Defendants;

All right, title and interest of the Defendants in the real property leases described on Exhibit hereto (collectively, the "Pledged Leases"); and
All right, title and interest of the Defendants in the real property, fixtures, equipment and ersonal property located upon or appurtenant to the real property described in the Pledged eases.

xcluded Assets
ne following assets are assets owned by the Defendants and under the control of the Receiv-; but are not being sold pursuant to the public sale:
All cash, funds, and deposit accounts;
All accounts, payment intangibles, receivables, and rights to payment;
All rights under policies of insurance and;
All claims, counterclaims, and causes of action against Regions Bank and its affiliates, akare 777, LLC, Adejare Bakare and related defendants.
l 0289058

Print Tearsheet Link

Marketplace Link

*Russ Davis*

---

Russ Davis

*Sherry J Chasteen*

---

Sworn to and subscribed before me on

Nov 10, 2025, 10:28 AM E:

Online Notary Public. This notarial act invol' the use of online audio/video communicatio technology. Notarization facilitated by SIGN

NTICE OF PUBLIC SALE
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAHCENTRAL DIVISION
ELTIC BANK CORPORATION,
Plaintiff,

ACKVILLE SOLAR II, LLC; RICHARDSON SOLAR, LLC; DIAMOND SOLAR, LLC; EDISON
OLAR, LLC; and C2 USB 2018 HOLDINGS, LLC,
Defendants.
se No. 2:24-cv-00140-HCN-CMR
onorable Howard C. Nielson, Jr.
agistrate Judge Cecilia M. Romero

OTICE IS HEREBY GIVEN that Michael M. Beal, the court-appointed Receiver (the "Receiv-
") for Blackville Solar II, LLC ("Blackville"), Richardson Solar, LLC ("Richardson"), Diamond
lar, LLC ("Diamond"), and Edison Solar, LLC ("Edison," and together with Blackville, Rich-
dson, and Diamond, the "Defendants") in the above-captioned matter is selling substantially
of the Defendants' assets at public auction to the highest bidder payable in lawful money of
e United States. A list of the assets being sold, as well as the assets excluded from the sale,
attached hereto as Exhibits A and B.

e sale will be held Monday, November 24, 2025 at 11:00 AM eastern at the Barnwell County
ourthouse, 141 Main Street, Barnwell, South Carolina 29812 or as may be continued from
ie-to-time by the Receiver.

e highest bidder must pay five percent (5%) of its bid in collected funds (the "Bid Deposit")
the Receiver within 24 hours of the close of the auction and must close its purchase of the
operty within seven (7) days of the approval of the sale by the United States District Court for
District of Utah (the "Court"). Upon approval of the sale by the Court, the Bid Deposit shall
non-refundable. In the event that the winning bidder does not pay the Bid Deposit within 24
urs of the close of the auction, then the Receiver shall select the second-highest bidder as
winning bidder and that bidder shall pay the Bid Deposit within 24 hours of being notified
their selection as the winning bidder. The property sold at auction will be sold free and clear
all interests, "as is, where is," and with no representations or warranties, pursuant to the
urt's order approving the sale.

obtain further information regarding the assets being sold and the public auction, please
ntact Michael M. Beal, Beal, LLC, 1301 Gervais Street, Suite 1040, Columbia, SC 29201,
eal@bealLLC.com, 803-722-7888.

HIBIT A
sets Being Sold
y and all personal property, whether tangible or intangible, owned by BLACKVILLE SOLAR
LLC, a North Carolina limited liability company ("Blackville Solar"), RICHARDSON SOLAR,
C, a North Carolina limited liability company ("Richardson Solar"), DIAMOND SOLAR, LLC, a
uth Carolina limited liability company ("Diamond Solar"), and EDISON SOLAR, LLC, a South
rolina limited liability company ("Edison Solar") (the foregoing, collectively, "Defendants"),
cluding without limitation –
all contracts and contract rights;
all equipment, machinery, and fixtures;
all licenses and permits;
all trademarks, tradenames, logos, and other materials used by Defendants;
all of Defendants' books, records, and data;
he entire businesses of the Defendants;

All right, title and interest of the Defendants in the real property leases described on Exhibit
hereto (collectively, the "Pledged Leases"); and
All right, title and interest of the Defendants in the real property, fixtures, equipment and
rsonal property located upon or appurtenant to the real property described in the Pledged
ases.

cluded Assets
e following assets are assets owned by the Defendants and under the control of the Receiv-
but are not being sold pursuant to the public sale:
All cash, funds, and deposit accounts;
All accounts, payment intangibles, receivables, and rights to payment;
All rights under policies of insurance and;
All claims, counterclaims, and causes of action against Regions Bank and its affiliates,
kare 777, LLC, Adejare Bakare and related defendants.
0289058
v 9 2025

# McClatchy

The Beaufort Gazette
The Belleville News-Democrat
Bellingham Herald
Centre Daily Times
Sun Herald
Idaho Statesman
Bradenton Herald
The Charlotte Observer
The State
Ledger-Enquirer

Durham | The Herald-Sun
Fort Worth Star-Telegram
The Fresno Bee
The Island Packet
The Kansas City Star
Lexington Herald-Leader
The Telegraph - Macon
Merced Sun-Star
Miami Herald
El Nuevo Herald

The Modesto Bee
The Sun News - Myrtle Beach
Raleigh News & Observer
Rock Hill | The Herald
The Sacramento Bee
San Luis Obispo Tribune
Tacoma | The News Tribune
Tri-City Herald
The Wichita Eagle
The Olympian

## AFFIDAVIT OF PUBLICATION

| Account # | Order Number | Identification | Order PO | Cols | Depth |
|---|---|---|---|---|---|
| | 69070 | Legal Ad - IPL0290810 | | 2.0 | 184.0L |

ATTENTION: Kayla Roof
1301 Gervais Street
Columbia, SC 29201
kroof@beallllc.com

State of South Carolina

County of Richland

I, the undersigned, makes oath that the advertisment, was published in The State, a newspaper published in the City of Columbia, State and County aforesaid, in the issue(s) of

1.0 insertion(s) published on:
11/16/25 Print

**Notice of Public Sale**

NOTICE OF PUBLIC SALE
IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION
CELTIC BANK CORPORATION,
Plaintiff, v. BLACKVILLE SOLAR II, LLC; RICHARDSON SOLAR, LLC; DIAMOND SOLAR, LLC; EDISON SOLAR, LLC; and C2 USB 2018 HOLDINGS, LLC,
Defendants.
Case No. 2:24-cv-00140-HCN-CMR
Honorable Howard C. Nielson, Jr.
Magistrate Judge Cecilia M. Romero
NOTICE IS HEREBY GIVEN that Michael M. Beal, the court-appointed Receiver (the "Receiver") for Blackville Solar II, LLC ("Blackville"), Richardson Solar, LLC ("Richardson"), Diamond Solar, LLC ("Diamond"), and Edison Solar, LLC ("Edison," and together with Blackville, Richardson, and Diamond, the "Defendants") in the above-captioned matter is selling substantially all of the Defendants' assets at public auction to the highest bidder payable in lawful money of the United States. A list of the assets being sold, as well as the assets excluded from the sale, is attached hereto as Exhibits A and B.
The sale will be held Monday, November 24, 2025 at 11:00 AM eastern at the Barnwell County Courthouse, 141 Main Street, Barnwell, South Carolina 29812 or as may be continued from time-to-time by the Receiver.
The highest bidder must pay five percent (5%) of its bid in collected funds (the "Bid Deposit") to the Receiver within 24 hours of the close of the auction and must close its purchase of the property within seven (7) days of the approval of the sale by the United States District Court for the District of Utah (the "Court"). Upon approval of the sale by the Court, the Bid Deposit shall be non-refundable. In the event that the winning bidder does not pay the Bid Deposit within 24 hours of the close of the auction, then the Receiver shall select the second-highest bidder as the winning bidder and that bidder shall pay the Bid Deposit within 24 hours of being notified of their selection as the winning bidder. The property sold at auction will be sold free and clear of all interests, "as is, where is," and with no representations or warranties, pursuant to the Court's order approving the sale.
To obtain further information regarding the assets being sold and the public auction, please contact Michael M. Beal, Beal, LLC, 1301 Gervais Street, Suite 1040, Columbia, SC 29201, mbeal@beallllc.com, 803-722-7888.
EXHIBIT A
Assets Being Sold
Any and all personal property, whether tangible or intangible, owned by BLACKVILLE SOLAR II, LLC, a North Carolina limited liability company ("Blackville Solar"), RICHARDSON SOLAR, LLC, a North Carolina limited liability company ("Richardson Solar"), DIAMOND SOLAR, LLC, a South Carolina limited liability company ("Diamond Solar"), and EDISON SOLAR, LLC, a South Carolina limited liability company ("Edison Solar") (the foregoing, collectively, "Defendants"), including without limitation –
a. all contracts and contract rights;
b. all equipment, machinery, and fixtures;
c. all licenses and permits;
d. all trademarks, tradenames, logos, and other materials used by Defendants;
e. all of Defendants' books, records, and data;
f. the entire businesses of the Defendants;
2. All right, title and interest of the Defendants in the real property leases described on Exhibit B hereto (collectively, the "Pledged Leases"); and
3. All right, title and interest of the Defendants in the real property, fixtures, equipment and personal property located upon or appurtenant to the real property described in the Pledged Leases.
Excluded Assets
The following assets are assets owned by the Defendants and under the control of the Receiver, but are not being sold pursuant to the public sale:
1. All cash, funds, and deposit accounts;
2. All accounts, payment intangibles, receivables, and rights to payment;
3. All rights under policies of insurance and;
4. All claims, counterclaims, and causes of action against Regions Bank and its affiliates, Bakare 777, LLC, Adejare Bakare and related defendants.
EXHIBIT B
Pledged Leases
1.    Ground Lease Agreement dated as of August 28, 2015, by and between Rothschild Home Place Farm, LLC (the "Landlord") and Sustainable Energy Solutions, LLC (the "Original Tenant"), as assigned by Original Tenant to Blackville Solar II, LLC, ("Blackville") pursuant to that certain Assignment and Assumption of Ground Lease Agreement dated as of December 16, 2016, as amended by that certain First Amendment to Ground Lease Agreement dated as of August 28, 2017 by and between the Landlord and Blackville, as further amended by that certain Second Amendment to Ground Lease dated as of May 7, 2018, by and between the Landlord and Blackville, as further amended by that certain Third Amendment to Ground Lease Agreement dated as of November 11, 2018, by and between the Landlord and Blackville and as may be further amended, restated, amended and restated or modified from time to time.
2.    Amended and Restated Solar Energy System Ground Lease and Easement Agreement dated as of July 26, 2017, by and between Richarson Lands Inc. (the "Landlord") and Richardson Solar, LLC ("Richardson") and as may be further amended, restated, amended and restated or modified from time to time.
3.    Amended and Restated Ground Lease Agreement and Easement Agreement dated as of January 16, 2017, by and between LEK Investments, LLC and KTP LLC (collectively, the "Landlord") and Diamond Solar, LLC ("Diamond"), as amended by that certain First Amendment to Amended and Restated Ground Lease dated as of December 15, 2017, by and between the Landlord and Diamond and as may be further amended, restated, amended and restated or modified from time to time.
4.    Amended and Restated Lease Agreement dated April 3, 2017, by and between Jeannette R. Price (the "Landlord") and Edison Solar, LLC ("Edison"), as amended by that certain Amendment to Amended and Restated Lease Agreement dated as of November 12, 2018, by and between the Landlord and Edison and as may be further amended, restated, amended and restated or modified from time to time.
IPL0290810
Nov 16 2025

Print Tearsheet Link

Marketplace Link

*Amanda Rodela*



Amanda Rodela

*Sherry J Chasteen*



Sworn to and subscribed before me on

Nov 17, 2025, 9:58 AM EST



SHERRY J CHASTEEN
ELECTRONIC NOTARY PUBLIC
STATE OF TEXAS
COMMISSION # 125328493
MY COMMISSION EXPIRES 4/16/2029

Online Notary Public. This notarial act involved the use of online audio/video communication technology. Notarization facilitated by SIGNiX.

**Notice of Public Sale**

NOTICE OF PUBLIC SALE
IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION
CELTIC BANK CORPORATION,
Plaintiff, v. BLACKVILLE SOLAR II, LLC; RICHARDSON SOLAR, LLC; DIAMOND SOLAR, LLC; EDISON SOLAR, LLC; and C2 USB 2018 HOLDINGS, LLC,
Defendants.
Case No. 2:24-cv-00140-HCN-CMR
Honorable Howard C. Nielson, Jr.
Magistrate Judge Cecilia M. Romero
NOTICE IS HEREBY GIVEN that Michael M. Beal, the court-appointed Receiver (the "Receiver") for Blackville Solar II, LLC ("Blackville"), Richardson Solar, LLC ("Richardson"), Diamond Solar, LLC ("Diamond"), and Edison Solar, LLC ("Edison," and together with Blackville, Richardson, and Diamond, the "Defendants") in the above-captioned matter is selling substantially all of the Defendants' assets at public auction to the highest bidder payable in lawful money of the United States. A list of the assets being sold, as well as the assets excluded from the sale, is attached hereto as Exhibits A and B.

The sale will be held Monday, November 24, 2025 at 11:00 AM eastern at the Barnwell County Courthouse, 141 Main Street, Barnwell, South Carolina 29812 or as may be continued from time-to-time by the Receiver.

The highest bidder must pay five percent (5%) of its bid in collected funds (the "Bid Deposit") to the Receiver within 24 hours of the close of the auction and must close its purchase of the property within seven (7) days of the approval of the sale by the United States District Court for the District of Utah (the "Court"). Upon approval of the sale by the Court, the Bid Deposit shall be non-refundable. In the event that the winning bidder does not pay the Bid Deposit within 24 hours of the close of the auction, then the Receiver shall select the second-highest bidder as the winning bidder and that bidder shall pay the Bid Deposit within 24 hours of being notified of their selection as the winning bidder. The property sold at auction will be sold free and clear of all interests, "as is, where is," and with no representations or warranties, pursuant to the Court's order approving the sale.

To obtain further information regarding the assets being sold and the public auction, please contact Michael M. Beal, Beal, LLC, 1301 Gervais Street, Suite 1040, Columbia, SC 29201, mbeal@bealLLC.com, 803-722-7888.
EXHIBIT A
Assets Being Sold
Any and all personal property, whether tangible or intangible, owned by BLACKVILLE SOLAR II, LLC, a North Carolina limited liability company ("Blackville Solar"), RICHARDSON SOLAR, LLC, a North Carolina limited liability company ("Richardson Solar"), DIAMOND SOLAR, LLC, a South Carolina limited liability company ("Diamond Solar"), and EDISON SOLAR, LLC, a South Carolina limited liability company ("Edison Solar") (the foregoing, collectively, "Defendants"), including without limitation –
a. all contracts and contract rights;
b. all equipment, machinery, and fixtures;
c. all licenses and permits;
d. all trademarks, tradenames, logos, and other materials used by Defendants;
e. all of Defendants' books, records, and data;
f. the entire businesses of the Defendants;
2. All right, title and interest of the Defendants in the real property leases described on Exhibit B hereto (collectively, the "Pledged Leases"); and
3. All right, title and interest of the Defendants in the real property, fixtures, equipment and personal property located upon or appurtenant to the real property described in the Pledged Leases.
Excluded Assets
The following assets are assets owned by the Defendants and under the control of the Receiver, but are not being sold pursuant to the public sale:
1. All cash, funds, and deposit accounts;
2. All accounts, payment intangibles, receivables, and rights to payment;
3. All rights under policies of insurance and;
4. All claims, counterclaims, and causes of action against Regions Bank and its affiliates, Bakare 777, LLC, Adejare Bakare and related defendants.
EXHIBIT B
Pledged Leases
1.  Ground Lease Agreement dated as of August 28, 2015, by and between Rothschild Home Place Farm, LLC (the "Landlord") and Sustainable Energy Solutions, LLC (the "Original Tenant"), as assigned by Original Tenant to Blackville Solar II, LLC, ("Blackville") pursuant to that certain Assignment and Assumption of Ground Lease Agreement dated as of December 16, 2016, as amended by that certain First Amendment to Ground Lease Agreement dated as of August 28, 2017 by and between the Landlord and Blackville, as further amended by that certain Second Amendment to Ground Lease dated as of May 7, 2018, by and between the Landlord and Blackville, as further amended by that certain Third Amendment to Ground Lease Agreement dated as of November 11, 2018, by and between the Landlord and Blackville and as may be further amended, restated, amended and restated or modified from time to time.
2.  Amended and Restated Solar Energy System Ground Lease and Easement Agreement dated as of July 26, 2017, by and between Richarson Lands Inc. (the "Landlord") and Richardson Solar, LLC ("Richardson") and as may be further amended, restated, amended and restated or modified from time to time.
3.  Amended and Restated Ground Lease Agreement and Easement Agreement dated as of January 16, 2017, by and between LEK Investments, LLC and KTP LLC (collectively, the "Landlord") and Diamond Solar, LLC ("Diamond"), as amended by that certain First Amendment to Amended and Restated Ground Lease dated as of December 15, 2017, by and between the Landlord and Diamond and as may be further amended, restated, amended and restated or modified from time to time.
4.  Amended and Restated Lease Agreement dated April 3, 2017, by and between Jeannette R. Price (the "Landlord") and Edison Solar, LLC ("Edison"), as amended by that certain Amendment to Amended and Restated Lease Agreement dated as of November 12, 2018, by and between the Landlord and Edison and as may be further amended, restated, amended and restated or modified from time to time.
IPL0290810
Nov 16 2025