Joseph M.R. Covey (7492) (jcovey@parrbrown.com)
Jeffery A. Balls (12437) (jballs@parrbrown.com)
PARR BROWN GEE & LOVELESS, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750

*Attorneys for Michael M. Beal, Receiver*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| CELTIC BANK CORPORATION, | NOTICE OF CONTINUATION OF PUBLIC SALE OF SUBSTANTIALLY ALL ASSETS AND ASSIGN LEASES |
| Plaintiff, | |
| v. | |
| BLACKVILLE SOLAR II, LLC; RICHARDSON SOLAR, LLC; DIAMOND SOLAR, LLC; EDISON SOLAR, LLC; and C2 USB 2018 HOLDINGS, LLC, | Case No. 2:24-cv-00140-HCN-CMR |
| | Honorable Howard C. Nielson, Jr. |
| Defendants. | Magistrate Judge Cecilia M. Romero |

The Receiver hereby gives notice that the public sale scheduled for November 24, 2025 was continued by the Receiver to December 22, 2025. Pursuant to the Notice of Public Sale approved by the Court,[1] the Receiver gave notice of the public sale scheduled for "**Monday, November 24, 2025 at 11:00 AM eastern** at the **Barnwell County Courthouse, 141 Main Street, Barnwell, South Carolina 29812** or as may be continued from time-to-time by the Receiver."[2] Prior to the public sale, the Receiver contacted all parties who had indicated that

---

[1] *See* Docket No. 149-1; Docket No. 155.
[2] *See* Docket No. 149-1.

they might appear at the sale to inform them of the continuance and that they did not need to

appear. The Receiver appeared at the Barnwell County Courthouse on November 24, 2025 at

11:00 AM eastern and publicly announced that he was continuing the sale to December 22, 2025

at 11:00 AM eastern at the Barnwell County Courthouse, 141 Main Street, Barnwell, South

Carolina 29812.  The Receiver will send notice of the continued sale date to the forty-six entities

the Receiver identified as potential purchasers on Monday, December 1, 2025.

Due to the continuation of the public sale, the Receiver asks that the Court continue the

hearing on the Motion to Approve the Sale of Substantially All Assets and Assign Leases and

Memorandum in Support, currently scheduled for December 4, 2025 to a date after January 5,

2026.

DATED this 28th day of November, 2025.

PARR BROWN GEE & LOVELESS


 /s/ Jeffery A. Balls
Joseph M.R. Covey
Jeffery A. Balls
*Attorneys for Receiver*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing NOTICE OF CONTINUATION OF PUBLIC SALE OF SUBSTANTIALLY ALL ASSETS AND ASSIGN LEASES was electronically filed with the Clerk of the Court through the CM/ECF system on November 28, 2025, which sent notice of the electronic filing to all counsel of record.

/s/ *Jeffery A. Balls*