Joseph M.R. Covey (7492) (jcovey@parrbrown.com)
Jeffery A. Balls (12437) (jballs@parrbrown.com)
PARR BROWN GEE & LOVELESS, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750

*Attorneys for Michael M. Beal, Receiver*

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| CELTIC BANK CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BLACKVILLE SOLAR II, LLC; RICHARDSON SOLAR, LLC; DIAMOND SOLAR, LLC; EDISON SOLAR, LLC; and C2 USB 2018 HOLDINGS, LLC,<br><br>Defendants. | **RECEIVER'S REPORT FOR THE PERIOD OF JANUARY 1, 2026, THROUGH MARCH 31, 2026**<br><br><br>Case No. 2:24-cv-00140-HCN-CMR<br><br>Honorable Howard C. Nielson, Jr.<br><br>Magistrate Judge Cecilia M. Romero |

Michael M. Beal, the court-appointed receiver in the above captioned proceeding, reports the following for the period January 1, 2026 through March 31, 2026:

Financial reporting (using the cash method of accounting), is provided below:

| Blackville II | | 01/01-01/30 | 02/01-02/28 | 03/01-03/31 |
|---|---|---|---|---|
| **Beginning Cash** | | $651,091.42 | $488,727.50 | $576,821.75 |
| Dominion Receipts | | $49,652.80 | $69,026.57 | $77,148.77 |
| Interest | | $618.72 | $539.75 | $699.00 |
| REC Receipts | | | $45,664.60 | |
| | | | | |
| **Less Expenses** | | | | |
| O+M & AM (Carolina Solar) | | $49,524.84 | $17,475.44 | $12,606.59 |
| Utilities | | $2,711.11 | $3,038.64 | $5,628.05 |
| Taxes | | $861.95 | $988.19 | $1,117.61 |
| Property Taxes | | $60,000.00 | | |
| Rent | | $90,000.00 | | |
| Insurance | | $4,354.83 | $4,354.83 | $4,354.83 |
| Also Energy | | $5,164.80 | | |
| Midwest Renewable Energy | | $17.91 | $155.28 | |
| Center For Resource Solutions | | | | $600.00 |
| Smith & Howard Advisory LLC | | | $1,124.29 | $279.66 |
| Loan Payment | | | | $12,106.67 |
| **Ending Cash** | | $488,727.50 | $576,821.75 | $617,976.11 |

| Diamond Solar | | 01/01-01/30 | 02/01-02/28 | 03/01-03/31 |
|---|---|---|---|---|
| **Beginning Cash** | | $24,932.20 | $9,323.17 | $22,717.42 |
| Dominion Receipts | | $14,044.32 | $11,403.62 | $12,711.41 |
| Interest | | $4.86 | $2.15 | $5.13 |
| REC Receipts | | | $10,898.40 | |
| Celtic Loan Proceeds | | $40,000.00 | | |
| **Less Expenses** | | | | |
| O+M & AM (Carolina Solar) | | $7,094.37 | $5,546.17 | $6,673.15 |
| Utilities | | $1,048.99 | $1,189.82 | $2,189.08 |
| Taxes | | $245.96 | $164.66 | $186.88 |
| Property Taxes | | $39,808.00 | | |
| Rent | | $17,244.32 | | |
| Insurance | | $1,552.94 | $1,552.94 | $1,552.94 |
| Also Energy | | $2,657.25 | | |
| Midwest Renewable Energy | | $6.38 | $55.37 | |
| Center For Resource Solutions | | | | $600.00 |
| Smith & Howard Advisory LLC | | | $400.96 | $99.74 |
| **Ending Cash** | | $9,323.17 | $22,717.42 | $24,132.17 |

| Edison Solar | | 01/01-01/30 | 02/01-02/28 | 03/01-03/31 |
|---|---|---|---|---|
| **Beginning Cash** | | $93,522.39 | $56,206.27 | $56,875.73 |
| Dominion Receipts | | $2,220.59 | | |
| Interest | | $18.67 | $13.39 | $14.22 |
| REC Receipts | | | $5,175.60 | |
| **Less Expenses** | | | | |
| O+M & AM (Carolina Solar) | | $10,999.44 | $2,303.39 | $2,715.42 |
| Utilities | | $684.44 | $936.78 | $2,214.44 |
| Taxes | | $88.58 | | |
| Property Taxes | | $14,280.00 | | |
| Rent | | $10,012.93 | | |
| Insurance | | $988.73 | $988.73 | $988.73 |
| Also Energy | | $2,497.20 | | |
| Midwest Renewable Energy | | $4.06 | $35.25 | |
| Center For Resource Solutions | | | | $600.00 |
| Smith & Howard Advisory LLC | | | $255.38 | $63.50 |
| **Ending Cash** | | $56,206.27 | $56,875.73 | $50,307.86 |

| Richardson Solar | | 01/01-01/30 | 02/01-02/28 | 03/01-03/31 |
|---|---|---|---|---|
| **Beginning Cash** | | $13,357.51 | $8,041.45 | $14,930.92 |
| Dominion Receipts | | $6,094.84 | $9,488.58 | $7,852.81 |
| Interest | | $1.03 | $0.67 | $0.96 |
| REC Receipts | | | $5,779.80 | |
| Celtic Loan Proceeds | | $20,000.00 | | |
| **Less Expenses** | | | | |
| O+M & AM (Carolina Solar) | | $9,827.70 | $6,537.76 | $7,428.66 |
| Utilities | | $712.06 | $689.15 | $1,378.15 |
| Taxes | | $110.77 | $143.56 | $119.96 |
| Property Taxes | | $10,800.00 | | |
| Rent | | $9,178.26 | | |
| Insurance | | $779.93 | $779.93 | $779.93 |
| Midwest Renewable Energy | | $3.21 | $27.81 | |
| Center For Resource Solutions | | | | $600.00 |
| Smith & Howard Advisory LLC | | | $201.37 | $50.10 |
| **Ending Cash** | | $8,041.45 | $14,930.92 | $12,427.89 |

In addition to the operating accounts, the Receiver holds the following accounts.

| Blackville II MM-2542 | January | February | March |
|---|---|---|---|
| Beginning Cash | $0.00 | $0.00 | $0.00 |
| Ending Cash | $0.00 | $0.00 | $0.00 |
| Blackville II MM-2550 | January | February | March |
| Beginning Cash | $4.29 | $4.29 | $4.29 |
| Ending Cash | $4.29 | $4.29 | $4.29 |
| Blackville II MM-2607 | January | February | March |
| Balance | $0.00 | $0.00 | $0.00 |
| Ending Cash | $0.00 | $0.00 | $0.00 |
| Diamond MM-2544 | January | February | March |
| Balance | $0.00 | $0.00 | $0.00 |
| Ending Cash | $0.00 | $0.00 | $0.00 |
| Diamond MM-2551 | January | February | March |
| Balance | $0.00 | $0.00 | $0.00 |
| Ending Cash | $0.00 | $0.00 | $0.00 |
| Richardson MM-2546 | January | February | March |
| Balance | $0.00 | $0.00 | $0.00 |
| Ending Cash | $0.00 | $0.00 | $0.00 |
| Richardson MM-2552 | January | February | March |
| Beginning Cash | $0.11 | $0.11 | $0.11 |
| Ending Cash | $0.11 | $0.11 | $0.11 |
| Edison MM-2553 | January | February | March |
| Beginning Cash | $0.22 | $0.22 | $0.22 |
| Ending Cash | $0.22 | $0.22 | $0.22 |
| Edison MM-2548 | January | February | March |
| Balance | $0.00 | $0.00 | $0.00 |
| Ending Cash | $0.00 | $0.00 | $0.00 |

Since his appointment on August 14, 2024, the Receiver has met on a regular basis with the O&M provider and Asset Manager regarding maintenance, repairs, and other relevant issues. The Receiver has also had regular meetings with Celtic Bank.

The Receiver engaged an accounting firm to assist him in preparing accounting information for tax filings, and to provide other accounting and tax advice. Each site has filed its annual returns

for its Manufacturing Property taxes, Sales and Use taxes, and Real Property taxes. The Estimated Power Tax Returns have been filed for all four solar sites through March 2026.

The Receiver filed a Notice of Publication and the Motion for Sale of the solar sites, including authorization for a public auction. In connection with these filings, the Receiver maintained active and continuous communication with Celtic Bank as well as with prospective purchasers of the solar sites. This has included providing regular status updates, coordinating due diligence efforts, and addressing inquiries related to the anticipated sale process. The Receiver has ensured that all interested parties are apprised of key developments.

A prospective buyer has been identified, and the Receiver has been coordinating closely with the selected purchaser to facilitate due diligence, gathering requested documentation, and addressing transactional logistics. The Receiver has ensured that all relevant parties remain informed of key developments, including the anticipated timeline for closing, and has continued to collaborate with Celtic Bank. The Receiver has adjourned the public sale several times at the request of the prospective purchaser and Celtic Bank. The loans with Celtic Bank are guaranteed by the USDA and negotiations with the USDA have caused substantial delay in the sales process.

The Receiver has performed numerous administrative functions such as coordinating billing with CSS and Dominion and filing reports and applications with regulatory and taxing authorities. The Receiver has ensured that all billing and administrative tasks remain current, consistently reviewing and paying invoices in a timely manner and maintaining regular communication with service providers to support the efficient operation of the receivership.

The Receiver has secured property and general liability insurance coverage for all four solar sites at a substantially lower price. Additionally, the Receiver has remitted both the down

payment and monthly installment payments toward the property insurance premium through March 2026. The Receiver has remitted the general liability insurance premium through March 2027. The Receiver has paid the first quarterly lease payments for Diamond, Edison, and Richardson and Blackville's first semi-annual lease payment.

The Receiver has continued to monitor and manage the Power Purchase Agreement (PPA). The Receiver has met with Dominion and requested a forbearance of all performance defaults. Dominion has accepted the request. The Receiver is negotiating with Dominion regarding the performance bond which lapsed prior to the Receiver's appointment. In light of the pending sale, the Receiver also worked with Dominion and the potential purchaser to confirm the assignment procedures and ensure continuity of obligations under the PPA post-closing.

The Receiver has submitted the required annual electric generator reports and power plant operations survey. The Receiver has successfully renewed the annual listing with the Center of Resource Solutions to ensure the most value for the sale of renewable energy credits. Vegetation management (mowing and spraying) has been done by Father and Son Lawncare. The Receiver has inspected the sites, and all sites are secure, and the grounds are well maintained.

DATED: April 22, 2026

/s/ Michael M. Beal
Michael M. Beal, Receiver
1301 Gervais Street, Suite 1040
Columbia, SC 29201
mbeal@bealllc.com
Office: 803-722-7888
Cell: 803-422-4006