Joseph M.R. Covey (7492) (jcovey@parrbrown.com)
Jeffery A. Balls (12437) (jballs@parrbrown.com)
PARR BROWN GEE & LOVELESS, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750

*Attorneys for Michael M. Beal, Receiver*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| CELTIC BANK CORPORATION,<br><br>Plaintiff,<br>v.<br><br>BLACKVILLE SOLAR II, LLC; RICHARDSON SOLAR, LLC; DIAMOND SOLAR, LLC; EDISON SOLAR, LLC; and C2 USB 2018 HOLDINGS, LLC,<br><br>Defendants. | NOTICE OF CANCELLATION OF PUBLIC SALE OF SUBSTANTIALLY ALL ASSETS AND ASSIGN LEASES<br><br>Case No. 2:24-cv-00140-HCN-CMR<br><br>Honorable Howard C. Nielson, Jr.<br>Magistrate Judge Cecilia M. Romero |

The Receiver hereby gives notice that the public sale previously scheduled for May 4, 2026, at 11:00 a.m. Eastern at the Barnwell County Courthouse, 141 Main Street, Barnwell, South Carolina 29812, is hereby canceled.

Pursuant to the Notice of Public Sale approved by the Court, the Receiver originally provided notice of a public sale scheduled for Monday, November 24, 2025, and thereafter continued such sale to occur on December 22, 2025, January 26, 2026, March 2, 2026, and most recently to May 4, 2026.[1]

---

[1] *See* Docket Nos. 158, 160, 165, and 168.

The sale is being canceled primarily because the Receiver has determined that substantial work needs to be commenced to repair or replace the Schneider inverters at Diamond Solar, LLC and Edison Solar, LLC, before a sale should be conducted. The Receiver believes it is in the best interest of the Receivership Estate to cancel the sale to complete those repairs. The Receiver intends to advertise the rescheduled sale in accordance with the notice requirements previously approved by the Court.

The Receiver has provided notice of this cancellation to the forty-six entities previously identified as potential purchasers.

In addition, due to the cancellation of the public sale, the Receiver requests that the Court allow him to withdraw the Motion to Approve the Sale of Substantially All Assets and Assign Leases and Memorandum in Support, filed November 12, 2025 (Docket No. 152).

DATED this 1st day of May, 2026.

PARR BROWN GEE & LOVELESS

By: _/s/ Jeffery A. Balls_
    Joseph M.R. Covey
    Jeffery A. Balls
    *Attorneys for Receiver*

2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing NOTICE OF CANCELLATION OF PUBLIC SALE OF SUBSTANTIALLY ALL ASSETS AND ASSIGN LEASES was electronically filed with the Clerk of the Court through the CM/ECF system on May 1, 2026, which sent notice of the electronic filing to all counsel of record.

/s/ *Wendy V. Tuckett*

3